UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | CRIMINAL NO: |
| vs. | § | EP:13-CR-00370(1)-DB |
| | § | |
| (1) MARCO ANTONIO DELGADO | § | |

# EXHIBITS, Page

| Exhibit | Description | Date Admitted |
| --- | --- | --- |
| #9 | Photos of Kandahar Condominium | 7-3-14 |
| #3 | Monthly Statements of amounts due for the Kandahar Condominium, April 30, 2014 - June 30, 2014 | 7-31-14 |
| #4 | Notice of Assessment for the Kandahar Condominium, May 10, 2014 | 7-31-14 |