# TRANSCRIPT ORDER

AO 435 (Rev. 03/08)
Administrative Office of the United States Courts
*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

**1. NAME:** ERIK HANSHEW, ASST. FEDERAL PUBLIC DEFENDER
**2. PHONE NUMBER:** (915) 534-6525
**3. DATE:** 7/31/2014
**4. MAILING ADDRESS:** 700 E. SAN ANTONIO, STE. D-401
**5. CITY:** EL PASO
**6. STATE:** TX
**7. ZIP CODE:** 79901
**8. CASE NUMBER:** EP-13-CR-0370-DB
**9. JUDGE:** HON. DAVID BRIONES
**10. DATES OF PROCEEDINGS:** FROM 7/31/2014 TO 7/31/2014
**12. CASE NAME:** USA v. MARCO DELGADO
**13. CITY:** EL PASO
**14. STATE:** TX

FILED 2014 JUL 31 PM 3:37 — CLERK U.S. DISTRICT COURT OF TEXAS BY DEPUTY

**15. ORDER FOR:**
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [x] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) MOTION HEARING | 07/31/2014 |
| [ ] SENTENCING | | | S. Briggs. |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | 0.00 |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**18. SIGNATURE:** /s/
**19. DATE:** 7/31/2014

**PROCESSED BY:**
**PHONE NUMBER:**

**TRANSCRIPT TO BE PREPARED BY:**
**COURT ADDRESS:**

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY