Case 3:13-cr-00370-DCG   Document 134   Filed 06/23/15   Page 1 of 1

# TRANSCRIPT ORDER

**AO 435 (Rev. 12/03)** — Administrative Office of the United States Courts

*Please Read Instructions above*

**FOR COURT USE ONLY**
DUE DATE:
FILED 2015 JUN 22

| Field | Value |
|---|---|
| 1. NAME | Debra Kanof, AUSA |
| 2. PHONE NUMBER | (915) 534-6884 |
| 3. DATE | 6/22/2015 |
| 4. MAILING ADDRESS | 700 E. San Antonio, Ste. 200 |
| 5. CITY | El Paso |
| 6. STATE | TX |
| 7. ZIP CODE | 79901 |
| 8. CASE NUMBER | EP-13-CR-370-DB |
| 9. JUDGE | Hon. David Briones |
| 10. FROM | 6/18/2015 |
| 11. | 6/18/2015 |
| 12. CASE NAME | U.S. v. Marco Antonio Delgado |
| 13. | El Paso |
| 14. | TX |

**15. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT | | | |
| CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| SENTENCING | | Status Conference | 6/18/2015 S. Briggs |
| BAIL HEARING | | | |

## 17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: [signed]
19. DATE: 6/22/2015

PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY