UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CRIMINAL NO. EP-13-CR-0370-DCG |
| MARCO ANTONIO DELGADO, | ) |
| | ) |
| Defendant. | ) |

## JOINT ADMISSIBILITY OF EXHIBITS

The United States, by and through the United States Attorney for the Western District of Texas, and the undersigned Assistant United States Attorneys, and Defendant Marco Delgado, by and through his attorneys Maureen Scott Franco, Federal Public Defender, and Erik Anthony Hanshew, Assistant Federal Public Defender, respectfully submit the parties' Joint Exhibit List.

The Defendant does not oppose the introduction of certified domestic records of regularly conducted activity accompanied by a self-proving affidavit, pursuant to Fed. R. Evid. 902(11). The Defendant opposes the introduction of certain foreign records received pursuant to Mutual Legal Assistance Treaties (MLATs). The Defendant does not oppose the admissibility of the remaining exhibits on the condition that the documents are properly authenticated pursuant to Fed. R. Evid. 901 or 902.

## GOVERNMENT'S PROPOSED EXHIBIT LIST

| Number | Exhibit | Admitted | Witness |
|---|---|---|---|
| 1 | Turks & Caicos Account records (from MLAT) | | |
| 2 | SUMMARY CHART -   Turks & Caicos Account records | | |

| Number | Exhibit | Admitted | Witness |
|---|---|---|---|
| 3 | Articles of Incorporation for FGG Enterprises, LLC (April 3, 2009) | | |
| 4 | Special Power of Attorney by Gireud to Delgado, July 13, 2009 | | |
| 5 | EMAIL 6/10/2009 Delgado to Williams, copying Ponce, re: "FGG Bid Package" | | |
| 6 | EMAIL 7/30/2009 Delgado to Ponce, re: "Apostilles and Power of Attorney" | | |
| 7 | Teaming Agreement between MPSA and FGG, dated 8/8/2009, with Amendment | | |
| 8 | Memorandum of Understanding between FGG and Delgado & Associates, 9/16/2009 | | |
| 9 | FGG's Bid for Agua Prieta II Project, Economic Proposal, 10/20/2009 | | |
| 9A | Translation of Exhibit 9 | | |
| 10 | EMAIL 11/20/2009 Delgado to Ponce, re: "Letter of Credit" | | |
| 11 | EMAIL 11/27/2009 Adams to Gireud, re: "Agua Prieta Award Letter" | | |
| 12 | Subcontract for Acquisition of Goods between FGG and MPSA, 12/16/2009 | | |
| 12A | Translation of Exhibit 12 | | |
| 13 | EMAIL 12/24/2009 Delgado to Ponce, re: "CFE Equipment Contract" | | |
| 14 | EMAIL 12/28/2009 Ponce to Gireud, copying Delgado, re: "FGG Concerns Adams Letter 091228.pdf" | | |
| 15 | EMAIL 12/30/2009 Delgado to Gireud and Miller, re: "Adams draft ltr" | | |
| 16 | EMAIL 12/31/2009 Gireud to Ponce, re: "Agua Prieta Project," with attachments | | |
| 17 | EMAIL 12/31/2009 Delgado to Ponce, re: "Agua Prieta Project" | | |

| Number | Exhibit | Admitted | Witness |
|---|---|---|---|
| 18 | Contract for Acquisition of Goods between FGG, Banco Nacional, and Fideicomiso, with appearance of CFE, 1/6/2010, pages 1-21 (from MLAT) | | |
| 18A | Translation of Exhibit 18 | | |
| 19 | Attachment S to Contract for Acquisition of Goods (from MLAT) | | |
| 19A | Translation of Exhibit 19 | | |
| 20 | Attachment T to Contract for Acquisition of Goods (from MLAT) | | |
| 20A | Translation of Exhibit 20 | | |
| 21 | Two-paragraph Letter, 1/10/2010, re: Pledge (from MLAT) | | |
| 22 | Three-paragraph Letter, 1/10/2010, re: Pledge | | |
| 23 | John Adams passport | | |
| 24 | John Adams crossing records | | |
| 25 | IACE travel records | | |
| 26 | MPSA expense records | | |
| 27 | T-Mobile Records for John Adams' MPSA phone, Dec. 2009 | | |
| 28 | T-Mobile Records for John Adams' MPSA phone, Jan. 2010 | | |
| 29 | Irais Davila's notary book (Book 1) | | |
| 30 | Irais Davila's notary book (Book 2) | | |
| 31 | LETTER 5/20/2012 Ramos to FGG, Att'n Delgado | | |
| 31A | Translation of Exhibit 31 | | |
| 32 | Contract for Pledge Without Transfer of Possession, 1/15/2010 (from MLAT) | | |
| 32A | Translation of Exhibit 32 | | |
| 33 | Power of Attorney, 1/11/2010 | | |

| Number | Exhibit | Admitted | Witness |
|---|---|---|---|
| 34 | EMAIL 1/12/2010 Ponce to Gireud, copying Delgado, re: "FGG Clarifications Letter 100112.pdf" | | |
| 35 | EMAIL 1/12/2010 Delgado to Miller, forwarding 1/12/2010 letter from Adams | | |
| 36 | EMAIL 1/12/2010 Delgado to Gireud, re: "Itinerary ing buendia.docx" | | |
| 36A | Translation of Exhibit 36 | | |
| 37 | EMAIL 1/18/2010 Ponce to Gireud, copying Delgado, re: "FGG Clarifications Letter 100112.pdf" | | |
| 38 | EMAIL 1/24/2010 Ponce to Gireud and Delgado, re: "CFE-FGG Equipment Sales Contract" | | |
| 39 | ANEXO W | | |
| 40 | EMAIL 2/11/2010 Gireud to Ponce, copying Delgado, re: "JA response letter," with attachment | | |
| 40A | Translation of Exhibit 40 | | |
| 41 | EMAIL 2/12/2010 Beddard to Gireud, re: "AGUA-FGG/MPSA Payment Schedule Invoice Submittal Notfication" | | |
| 42 | EMAIL 3/2/2010 Gireud to Ponce, copying Delgado, re: "Request for Assignment of Collection" | | |
| 43 | LETTER 3/3/2010 Delgado to Ramos (CFE), for funds to be paid to Turks & Caicos Account (from MLAT) | | |
| 43A | Translation of Exhibit 43 | | |
| 44 | EMAIL 3/3/2010 Ueki to Gireud, re: "Agua Prieta," with attachment | | |
| 45 | EMAIL 3/8/2010 Delgado to Miller, Gireud, Ponce, re: "Request for Assignment of Collection Rights" | | |
| 45A | Translation of Exhibit 45 | | |
| 46 | TRANSMISSION 3/8/2010, $20 million transferred to Turks & Caicos Account (from MLAT) | | |

| Number | Exhibit | Admitted | Witness |
|---|---|---|---|
| 46A | Translation of Exhibit 46 | | |
| 47 | EMAIL 3/12/2010 Delgado to Ponce, re: "Running of Payments" | | |
| 47A | Translation of Exhibit 47 | | |
| 48 | EMAIL 3/22/2010 Gireud to Ponce, copying Delgado, re: "CFE Adjusted Payment Schedule and effect on MPSA-FGG" | | |
| 49 | LETTER 3/23/2010 Buendia to Delgado, re: Rescheduling of Payments, ST/019 | | |
| 50 | EMAIL 3/25/2010 Delgado to Adams, Gireud, and Miller, re: "Rescheduling of Payments" | | |
| 50A | Translation of Exhibit 50 | | |
| 51 | LETTER re: Payment to FGG from CFE | | |
| 52 | EMAIL 3/26/2010 Delgado to Adams, Gireud, and Miller, re: "Wire Transfer Instructions and Brief Status Report" | | |
| 53 | LETTER 3/30/2010 Buendia to Delgado, re: "Assignment of First Payment," ST/020 | | |
| 53A | Translation of Exhibit 53 | | |
| 54 | EMAIL 4/1/2010 Beddard to Gireud, copying Delgado, re: "MPSA Invoice Payment" | | |
| 55 | EMAIL 4/1/2010 Beddard to Gireud, copying Adams and Ponce, re: "MPSA Invoice Payment" | | |
| 56 | EMAIL 4/3/2010 Pone to Gireud, re: "FGG" | | |
| 57 | EMAIL 4/5/2010 Beddard to Gireud, re: "MPSA Invoice First Payment" | | |
| 58 | EMAIL 4/5/2010 Gireud to Ponce, copying Delgado, re: "FGG" | | |
| 59 | EMAIL 4/6/2010 Williams to Gireud, copying Delgado, re: "Urgent" | | |
| 60 | EMAIL 4/6/2010 Gireud to Adams, "Assignment First Payment.pdf" | | |

| Number | Exhibit | Admitted | Witness |
|---|---|---|---|
| 60A | Translation of Exhibit 60 | | |
| 61 | EMAIL 4/7/2010 Adams to Gireud, re: "letter" | | |
| 62 | EMAIL 4/12/2010 Delgado to Adams, re: "MPSA_FGG Payment Term Agreement" | | |
| 63 | EMAIL 4/13/2010 Altamura to Delgado, re: "Agua Prieta - FGG - MPSA Subcontract" | | |
| 64 | EMAIL 4/14/2010 Delgado to Altamura, re: "FGG-MPSA Subcontract" | | |
| 65 | EMAIL 4/14/2010 Altamura to Delgado, re: "FGG-MPSA Subcontract" | | |
| 66 | Revocation of Special Power of Attorney, by Gireud, 4/14/2010 | | |
| 67 | EMAIL 4/20/2010 Beddard to Gireud, re: "AGUA-FGG/Subcontract," with attachment "April Invoice 002.pdf" | | |
| 68 | EMAIL 4/20/2010 Beddard to Gireud, re: "AGUA-FGG/Subcontract" | | |
| 69 | EMAIL 4/23/2010 Altamura to Gireud and Miller, copying Delgado, re: "AGUA-FGG/Subcontract" | | |
| 70 | EMAIL 4/23/2010 Altamura to Miller and Gireud, copying Delgado, re: "Amendment 1 to Subcontract between FGG and MPSA" | | |
| 71 | EMAIL 4/23/2010, Gireud to Altamura, with attachment, "Amendment 1" | | |
| 72 | Amendment No. 1 to Subcontract between FGG and MPSA, Apr. 23, 2010 | | |
| 73 | LETTER 5/7/2010 Gireud to Beddard, re: "Communication with CFE" | | |
| 74 | EMAIL 5/8/2010 Beddard to Gireud, re: "Letter" | | |
| 75 | EMAIL 5/10/2010 Gireud to Beddard, copying Delgado, re: "AGUA-FGG/Subcontract" | | |
| 76 | EMAIL 5/10/2010 Beddard to Gireud, copying Delgado, re: "AGUA-FGG/Subcontract" | | |

| Number | Exhibit | Admitted | Witness |
|---|---|---|---|
| 77 | LETTER 5/11/2010 Gireud to Laris (CFE), re: account | | |
| 77A | Translation of Exhibit 77 | | |
| 78 | EMAIL 5/13/2010 Beddard to Delgado, re: "RM: Balance 100% Agua Prieta" | | |
| 79 | EMAIL 5/14/2010 Beddard to Delgado, re: "AGUA-FGG/Solar 12MWSteam Admission," with attachments | | |
| 80 | EMAIL 5/14/2010 Beddard to Delgado, re: "Engineering & Construction Action Item List" | | |
| 81 | EMAIL 5/16/2010 Beddard to Delgado, re: "Agua Prieta Engineering" | | |
| 82 | EMAIL 5/18/2010 Beddard to Gireud, copying Delgado, re: "Invoice Submittal Notification" | | |
| 83 | EMAIL 6/17/2010 Beddard to Gireud, copying Delgado, re: "AGUA-FGG/ Communications with CFE under Acquisition Contract" | | |
| 84 | TRANSMISSION 7/6/2010, $12 million transferred to Turks & Caicos Account (from MLAT) | | |
| 85 | EMAIL 7/9/2010 Delgado to Narvaez, "Sending Project Contract" | | |
| 85A | Translation of Exhibit 85 | | |
| 86 | EMAIL 7/13/2010 Beddard to Gireud, copying Delgado, re: "AGUA-FGG/2nd Invoice Payment Reminder" | | |
| 87 | LETTER 7/15/2010 Gireud to Delgado, re: 2nd CFE Payment Disbursements | | |
| 88 | EMAIL 10/9/2010 Delgado to Beddard, re: "Postponement of CFE 10/13/10 Meeting" | | |
| 89 | EMAIL 10/19/2010 Beddard to Gireud, copying Delgado, re: "AGUA-FGG/Notice of Breach of Contract" | | |
| 90 | LETTER 10/26/2010 Buendia to Delgado, re: "Partial Retention of Second Payment," ST/026 | | |

| Number | Exhibit | Admitted | Witness |
|---|---|---|---|
| 90A | Translation of Exhibit 90 | | |
| 91 | EMAIL 2/22/2011 Delgado to Gireud, copying Beddard | | |
| 92 | EMAIL 2/24/2011 Beddard to Gireud, copying Delgado, re: "AGUA-FGG/Urgent Clarification of Equipment Title" | | |
| 93 | EMAIL 2/24/2011 Altamura to Miller, copying Delgado, re: "AGUA-FGG/Urgent Clarification of Equipment Title" | | |
| 94 | EMAIL 2/25/2011 Delgado to Gireud, re: "Borrador a kevin" | | |
| 95 | EMAIL 2/28/2011 Delgado to Gireud, copying Miller, re: "For your review" | | |
| 96 | EMAIL 2/28/2011 Miller to Beddard, copying Delgado, "Questions regarding Pledge" | | |
| 97 | EMAIL 2/28/2011 Beddard to Miller, copying Delgado, re: "Questions regarding Pledge" | | |
| 98 | EMAIL 3/1/2011 Delgado to Miller, re: "Questions regarding pledge" | | |
| 99 | EMAIL 3/1/2011 Miller to Beddard, copying Delgado, re: "Questions regarding Pledge" | | |
| 100 | EMAIL 3/1/2011 Beddard to Gireud, copying Delgado, re: "AGUA-FGG/Urgent Clarification of Equipment Title Rev 1" | | |
| 101 | EMAIL 3/1/2011 Beddard to Gireud, copying Delgado, re: "AGUA-FGG/Urgent Clarification of Equipment Title Rev 1" | | |
| 102 | EMAIL 3/6/2011 Beddard to Delgado, re: "J Adams Letter 28th Dec 2009," with attachment (12/28/2009 Adams Letter) | | |
| 103 | EMAIL 3/7/2011 Delgado to Beddard, re: "J Adams Letter 28th Dec 2009" | | |
| 104 | EMAIL 3/7/2011 Delgado to Beddard, re: "Assignment of Collection rights" | | |

| Number | Exhibit | Admitted | Witness |
|---|---|---|---|
| 105 | EMAIL 3/10/2011 Burgueno to Delgado, copying Altamura, re: "Assignment of Collection Rights | | |
| 106 | EMAIL 3/17/2011 Beddard to Gireud, copying Delgado, re: "AGUA-FGG/Confidential Information Reqest" | | |
| 107 | EMAIL 3/17/2011 Beddard to Gireud, copying Delgado, re: "AGUA-FGG/Pledge of Equipment" | | |
| 108 | EMAIL 3/21/2011 Miller to Beddard, copying Delgado, re: "Pledge" | | |
| 109 | EMAIL 3/24/2011 Beddard to Gireud, copying Delgado, re: "AGUA-FGG/Pledge of Equipment" | | |
| 110 | EMAIL 3/24/2011 Delgado to Beddard, re: "AGUA-FGG/Pledge of the Equipment property of Mitsubishi Power Systems America" | | |
| 111 | EMAIL 3/28/2011 Delgado to Beddard, re: "Confirmacion Prenda 03-05-11.doc" | | |
| 112 | EMAIL 3/28/2011 Delgado to Beddard, re: "Signed Info Request" | | |
| 112A | Translation of Exhibit 112 | | |
| 113 | EMAIL 3/29/2011 Beddard to Gireud, copying Delgado, re: "AGUA-FGG/Pledge of the Equipment property of [MPSA]" | | |
| 114 | EMAIL 3/30/2011 Delgado to Gireud, re: "AGUA-FGG/Breach of Contract" | | |
| 114A | Translation of Exhibit 114 | | |
| 115 | EMAIL 3/30/2011 Beddard to Miller, copying Delgado, re: "Collection Rights" | | |
| 116 | EMAIL 3/30/2011 Miller to Altamura, copying Gireud, re: "FGG Collection Rights to MPSA" | | |
| 116A | Translation of Exhibit 116 | | |
| 117 | EMAIL 4/8/2011 Delgado to Beddard, re: "AGUA-FGG/Breach of Contract" | | |

| Number | Exhibit | Admitted | Witness |
|---|---|---|---|
| 118 | EMAIL 4/8/2011 Delgado to Miller & Gireud, re: "AGUA-FGG/Confidential Information Request" | | |
| 119 | EMAIL 4/8/2011 Miller to Delgado & Gireud, re: "Agua Prieta" | | |
| 120 | EMAIL 4/8/2011 Delgado to Miller & Gireud, re: "Agua Prieta" | | |
| 121 | EMAIL 4/10/2011 Delgado to Beddard, re: "AGUA-FGG/Confidential Information Request" | | |
| 122 | EMAIL 4/10/2011 Altamura to Delgado, re: "AGUA-FGG/Breach of Contract" | | |
| 123 | EMAIL 4/11/2011 Delgado to Altamura, re: "Collection Rights - Agua Prieta II" | | |
| 124 | EMAIL 4/11/2011 Altamura to Delgado, re: "AGUA-FGG/Breach of Contract" | | |
| 125 | EMAIL 4/12/2011 Delgado to Altamura, re: "FGG-MPSA Proposed meeting" | | |
| 126 | EMAIL 4/15/2011 Delgado to Moreno (CFE), re: "Derechos de Cobranza Mitsubishi" | | |
| 126A | Translation of Exhibit 126 | | |
| 127 | EMAIL 4/15/2011 Morendo to Delgado, re: "Derechos de Cobranza Mitsubishi" | | |
| 127A | Translation of Exhibit 129 | | |
| 128 | EMAIL 7/1/2011 Delgado to Gireud, re: "LETTERS OF CREDIT" | | |
| 128A | Translation of Exhibit 128 | | |
| 129 | EMAIL 7/21/2011 Miller to Delgado & Gireud, re: "Transportation and impending disaster" | | |
| 130 | EMAIL 8/1/2011 Gireud to Delagdo, re: "LTSA Status" | | |
| 131 | EMAIL 10/11/2011 Delgado to Miller & Gireud, re: "Agua Prieta" | | |

| Number | Exhibit | Admitted | Witness |
|---|---|---|---|
| 132 | EMAIL 11/9/2011 Delgado to Miller & Gireud, re: "Status of Contract" | | |
| 133 | LETTER 3/1/2012 CFE to Gireud | | |
| 133A | Translation of Exhibit 133 | | |
| 134 | Text Messages between Gireud and Delgado, 1/13/2012 - 8/9/2012 | | |
| 134A | Translation of Exhibit 134 | | |
| 135 | Power of Attorney by Gireud, 3/8/2012 | | |
| 136 | Form 1099 (Miscellaneous Income) from FGG to Delgado, for year 2010, $820,000, | | |
| 137 | Form 1099 (Miscellaneous Income) from FGG to Delgado, for year 2011, $965,000 | | |
| 138 | Power of Attorney by Gireud, 6/10/2012 | | |
| 139 | Linda Medlock Emails | | |
| 140 | EMAIL 6/3/2010 Delgado to Architect | | |
| 140A | Translation of Exhibit 140 | | |
| 141 | EMAIL 1/21/2011 Architect to Delgado, with attached invoice | | |
| 141A | Translation of Exhibit 141 | | |
| 142 | Standard Charter records re: wires | | |
| 143 | Wells Fargo records re: wires | | |
| 144 | Wells Fargo records for FGG's account | | |
| 145 | Wells Fargo records for Linda Medlock's account | | |
| 146 | Charlotte's Furniture records | | |
| 147 | Rio Bravo Title records | | |
| 148 | Rudolph Chevrolet records | | |

| Number | Exhibit | Admitted | Witness |
|---|---|---|---|
| 149 | Land Rover of Albuquerque, NM records | | |
| 150 | First New Mexico Title records (for Kandahar Condominium) | | |
| 151 | Carnegie Mellon records | | |
| 152 | Bowdoin College records | | |
| 153 | Photos of Kandahar Apt. #19 | | |
| 154 | Photo of Jeep | | |
| 155 | Photo of Range Rover | | |
| 156 | Photo of Suburban | | |
| 157 | Photos of 1109 Cerrito Feliz | | |
| 158 | Wells Fargo records re: Transmission | | |

The Government opposes the admissibility of the documents indicated below based upon relevance and/or hearsay. The Government reserves its right to object to documents marked with an asterisk (*) subject to viewing the documents.

## DEFENDANT'S PROPOSED EXHIBIT LIST

| Exhibit No. | Description | Offered | Admitted | Gov't Objection? |
|---|---|---|---|---|
| 1 | Miranda Form | | | Yes |
| 2 | ROI 1 | | | Yes |
| 3 | ROI 16 | | | Yes |
| 4 | Consent to Search I-Phone | | | Yes |
| 5 | Cerrito Feliz Purchase Docs | | | |
| 6 | Charlotte's Docs | | | |
| 7 | Fedwire Docs | | | |
| 8 | Memorandum of Understanding-FGG | | | |
| 9 | Mack Massey | | | |
| 10 | Taos Condo Wires and info | | | |
| 11 | Linda Medlock Scans | | | |
| 12 | Mex Docs re Wire Trans and Rerouting | | | |

Case 3:13-cr-00370-DCG   Document 190   Filed 05/16/16   Page 13 of 20

| # | Description | | | |
|---|---|---|---|---|
| | 03/03/10 | | | |
| 13 | Mits Correspondence 10/28/09 | | | |
| 14 | Rudolph Docs | | | |
| 15 | Turks and Caicos- Rutley Affidavit, 01/28/13 | | | |
| 16 | Email Re: First Caribbean Bank Docs from AUSA Arreola to Former Defense Counsel | | | Yes |
| 17 | First Caribbean Bank Documents 07/17/13 | | | |
| 18 | Kandahar Condo Title History Citibank | | | |
| 19 | Carnegie Melon Response to Summons | | | |
| 20 | GECU | | | |
| 21 | Gireud Email, 07/01/11 | | | |
| 22 | Land Rover Documents | | | |
| 23 | MVD Records | | | |
| 24 | Direct Buy Response to Summons | | | |
| 25 | Gireud Thumb Drive | | | |
| 26 | Mitsubishi Contract-SPANISH 01/24/12 | | | |
| 26a | Mitsubishi Contract- ENGLISH 01/24/12 | | | |
| 27 | CFE Contract- Presentation and Openings of Proposals-SPANISH 10/20/09 | | | * |
| 27a | CFE Contract- Presentation and Openings of Proposals-ENGLISH 10/20/09 | | | * |
| 28 | (Removed) | | | |
| 29 | FGG & National Bank of Foreign Trade Contract- SPANISH - 01/06/10 | | | |
| 29a | FGG & National Bank of Foreign Trade Contract- ENGLISH - 01/06/10 | | | |
| 30 | FGG Correspondence Re: Wells Fargo Credit, 05/11/10 | | | |
| 31 | First Caribbean, 03/03/10 | | | |
| 31a | First Caribbean, 03/03/10 ENGLISH | | | |
| 32 | Payment Due, 06/29/10 | | | * |
| 32a | Payment Due, 06/29/10 ENGLISH | | | * |
| 33 | Fiduciary Office, 03/07/12 | | | * |
| 33a | Fiduciary Office, 03/07/12 ENGLISH | | | * |
| 34 | FGG Economic Proposal-SPANISH | | | |
| 34a | FGG Economic Proposal-ENGLISH | | | |
| 35 | Acta-Seals-Public Brokerage Services-SPANISH | | | |
| 35a | Acta-Seals-Public Brokerage Services-ENGLISH | | | |
| 36 | CFE Sec 6 Contract | | | |
| 37 | Amendment 1-FGG & Mitsubishi 04/23/10 | | | |
| 38 | CFE Correspondence Re: Financing 03/01/12 | | | |
| 39 | FGG POWER OF ATTORNEY 03/08/12 | | | |
| 40 | SPECIAL POWER OF ATTORNEY-MD | | | |

13

|  |  |  |  |  |
|---|---|---|---|---|
|  | 07/13/09 |  |  |  |
| 41 | FGG Business Entity Information |  |  |  |
| 42 | Three Party Agreement for CFE Agua Prieta II and Book of Draft |  |  | Yes |
| 43 | CFE Correspondence Re: Contract 02/18/11 |  |  | * |
| 44 | CFE Correspondence Re: Contract 03/24/11 |  |  |  |
| 45 | Amendment- SPANISH Re: CFE and FGG 04/22/11 |  |  | * |
| 45a | Amendment- ENGLISH Re: CFE and FGG 04/22/11 |  |  | * |
| 46 | FGG Corres. Re: Financing Offer |  |  | * |
| 47 | (Removed) |  |  |  |
| 48 | FGG Corres. Re: Receipt of Payment 07/15/09 |  |  |  |
| 49 | Email From MD to FJG Re: Breach of Contract 03/30/11 |  |  |  |
| 50 | Email from MD to Kevin Beddard Re: Confidential Info Request 03/17/11 |  |  |  |
| 51 | Email from FJG to MD Re: Sulzer Merged Agreement 04/15/11 |  |  | Yes |
| 52 | Email from FJG to MD Re: Sulzer Merged Agreement ii 04/22/11 |  |  | Yes |
| 53 | Email from FJG to MD Re: Assignment of Collections to MPSA 04/15/11 |  |  |  |
| 54 | Phone Texts Mobile: 915-929-1930, I-Phone: 915-667-1882 SPANISH |  |  |  |
| 54a | Phone Texts Mobile: 915-929-1930, I-Phone: 915-667-1882 ENGLISH |  |  |  |
| 55 | Mitsubishi Corres. To FJG Re: Equipment Contract 01/12/10 |  |  |  |
| 56 | (Removed) |  |  |  |
| 57 | Photo Taos Condo |  |  |  |
| 58 | Photos of Jeep, Range Rover |  |  |  |
| 59 | Photos of 1109 Cerrito Feliz- 09/27/13 |  |  |  |
| 60 | **(Removed)** |  |  |  |
| 61 | **Bank Records** RE: FGG account |  |  |  |
| 62 | **Bank Records** Re: IOLTA Account |  |  |  |
| 63 | **Bank Records** Re: Marco Delgado Account |  |  |  |
| 64 | **Bank Records** Re: PMA account |  |  |  |
| 65 | **Bank Records** Re: Narvaez Accounts |  |  |  |
| 66 | (Removed) |  |  |  |
| 67 | ROI 12 02/16/12 Re: Meeting with SA and MD on 10/28/11 |  |  | Yes |
| 68 | Bank Records from Standard Charter: Business Record Affidavit, 10/15/13 |  |  |  |
| 69 | Wells Fargo Records Acct 4733, 02/22/14 |  |  |  |

| | | | | |
|---|---|---|---|---|
| 70 | Email Re: Revised Payment Plan 03/25/10 | | | |
| 71 | Email Re: Formal Assignment Request 04/15/11 | | | |
| 72 | Email Re: When to call 03/12/10 | | | |
| 73 | Email Re: CFE Acknowledgement of Formal FGG Request 03/08/10 | | | |
| 74 | Email Re: Format of Wire Transfer 03/26/10 | | | |
| 75 | Email (03/25/10) Re: Color Doc Assignment and correspondence re: Payment to FGG from CFE(03/24/10) | | | |
| 76 | Email Re: JA Letter (02/11/10) and correspondence re: CFE-FGG Equipment Contract (01/30/10) | | | |
| 77 | Correspondence to MD from CFE 03/30/10 | | | |
| 78 | Email (04/06/10) Re: CFE Letter and correspondence to MD from CFE (03/30/10) | | | * |
| 79 | Email Re: Agua-FGG Subcontract 05/10/10 | | | |
| 80 | Email Re: FGG 04/04/10 | | | |
| 81 | Email (03/03/10) Re: MPSAs Protests and correspondence from MPSA (03/03/10) | | | |
| 82 | Email Re: FGG Collection Right to MPSA 03/30/11 and executed Assignment of Collection Rights | | | |
| 83 | Email Re: CFE Assignment 03/11/10 | | | |
| 84 | Email Re: FGG-MPSA (04/07/10) and FGG Correspondence Re Payment to MPSA (04/06/10) | | | |
| 85 | Fideicomiso De Administracion | | | * |
| 86 | Business Record Affidavit and attachments-Wells Fargo 10/17/13 | | | |
| 87 | MPSA Lawsuit v. FGGm FG, and MD-2012 and Attachments | | | Yes |
| 88 | Wells Fargo Correspondence Re: Subpoena 11/07/13 | | | |
| 89 | Sulzer v. FGG Original Petition | | | Yes |
| 90 | Email (06/09/11) Tania Mendez Re: CFE Documents and Executed Amendment of Collection (06/09/11) | | | Yes |
| 91 | FGG Correspondence to Sulzer (Pardivala) 03/08/11 | | | Yes |
| 92 | FGG Amendment to Service Contract 06/10/12 | | | Yes |
| 93 | FGG Authorization, 06/09/11 | | | Yes |
| 94 | Power of Attorney FGG, 06/10/12 | | | |
| 95 | Fed Ex Documents | | | * |
| 96 | (Removed) | | | |

15

| | | | | | |
|---|---|---|---|---|---|
| 97 | Order Granting Selzer Motion to Compel, 03/17/13, | | | | Yes |
| 98 | Miller First Supp Responses to RFP, 06/17/13 | | | | Yes |
| 99 | (Removed) | | | | |
| 100 | Email Re: Agua Prieta Project 01/05/10 | | | | |
| 101 | Email (01/12/10) Re: FGG Clarifications Letter and FGG Correspondence (01/12/10) | | | | |
| 102 | Email Re: Itinerary 01/12/10 | | | | |
| 103 | Email Re: Agua Prieta II 02/07/11 | | | | |
| 104 | Email Re: FGG TSUSH Letter of Intent Draft 02/17/11 | | | | Yes |
| 105 | Email Re: Contract for Services 02/17/011 | | | | |
| 106 | Email Re: FGG-FEB-11 02/21/11 | | | | |
| 107 | Email Re: AGUA-FGG Urgent Clarification of Equipment Title, 02/24/11 | | | | |
| 108 | Email Re: Borrador a Kevin 02/25/11 | | | | |
| 109 | Email Re: Review of Letter to Kevin 02/28/11 | | | | |
| 110 | Email Re: Questions Regarding Pledge 02/28/11 | | | | |
| 111 | Email Re: AGUA-FGG 2nd Delay Notice 03/11/11 | | | | |
| 112 | Email Re: Agua Prieta 04/08/11 | | | | |
| 113 | Email Re: AGUA-FGG Breach of Contract: Request for Authorization for the Assignment of collection rights 04/10/11 | | | | |
| 114 | Email Re: agreement Agua Prieta 05/08/09 | | | | * |
| 115 | Email Re: MX-311N Answers to Questions 05/30/11 | | | | * |
| 116 | Email Re: Collection of Rights | | | | |
| 117 | (Removed) | | | | |
| 118 | Exclusivity and Non-Circumvention Agreement Thomassen Amcot-FGG | | | | |
| 119 | CFE Correspondence 05/18/11 | | | | * |
| 120 | FGG Correspondence Re: Payment 03/22/10 | | | | |
| 121 | Revocation of Special Power of Attorney – FJG 04/14/10 | | | | |
| 122 | FGG Correspondence Re: Wells Fargo 05/11/10 | | | | |
| 123 | FGG Correspondence Re: 2nd CFE Payment Disbursements- Agua Prieta II 07/15/10 | | | | |
| 124 | FGG Correspondence 03/22/10 | | | | |
| 125 | Addendum to Teaming Agreement FGG and Mitsubishi 08/11/09 | | | | |
| 126 | FGG Correspondence 12/10/09 | | | | * |
| 127 | FGG Correspondence Re: Confidentiality | | | | * |

| | | | | |
|---|---|---|---|---|
| | Agreement 07/14/09 | | | |
| 128 | Email Re: Meeting 03/29/11 | | | * |
| 129 | FGG Correspondence Re: Agua Prieta II-Various, 11/11/10 | | | * |
| 130 | CFE Correspondence CFE to Mits. 08/26/11 | | | * |
| 131 | Email Re: Collection Rights 03/30/11 | | | |
| 132 | Email Re: Obtaining Counsel, 04/08/11 | | | |
| 133 | Email Re: Transportation and Disaster | | | |
| 134 | FGG Correspondence Re: Contract 03/28/11 | | | |
| 135 | CFE Correspondence 10/26/10 | | | |
| 136 | CFE Correspondence 03/03/10 | | | |
| 137 | FGG 2010 Tax Return | | | |
| 138 | FGG 2010 CORRECTED Tax Return | | | |
| 139 | Email to Altamura from Kevin Beddard 3/28/11 with FGG Correspondence 03/28/11 | | | |
| 139a | Email to Altamura from Kevin Beddard 3/28/11 with FGG Correspondence 03/28/11 | | | |
| 140 | Linda Medlock emails | | | |
| 141 | John Adams Passport | | | |
| 142 | John Adams Border Crossing | | | |
| 143 | MLAT Docs | | | |
| 144 | Apostile Mits Power Sys | | | * |
| 145 | Bancomext –SPANISH | | | |
| 145a | Bancomext   ENGLISH | | | |
| 146 | Annexos A-V FGG Ent Inc. | | | |
| 147 | Documents provided by Rene Ordonez Atty for Mace Miller | | | |
| 148 | Notary Book 1- Arais Davila | | | |
| 149 | Notary Book 2- Arais Davila | | | |
| 150 | Credit Card Transactions Provided by Linda Medlock | | | |
| 151 | FGG Ent LLC Provided by F. Gireud | | | |
| 152 | Emails Provided by F. Gireud | | | * |
| 153 | 1099's Provided by F. Gireud | | | |
| 154 | Def FJG Responses | | | Yes |
| 155 | Def FJG Supp Response to RFP | | | Yes |
| 156 | Mace Miller Object and Res to RFP re: Venue | | | Yes |
| 157 | Sulzer Docs Re Responses to RFP 10/31/12 | | | Yes |
| 158 | Correspondence From Haynes & Boone | | | Yes |
| 159 | Correspondence dated 11/29/11 to Linda Medlock from Steve James RE: IRS | | | Yes |
| 160 | Correspondence and draft to Marco Delgado from Linda Medlock w/IRS Docs 11/10/11 | | | |
| 161 | Correspondence to Linda Medlock, 07/05/11 from Susan Urbieta, Atty RE: Child Support | | | Yes |

17

| | | | | |
|---|---|---|---|---|
| | and additional child support documents | | | |
| 162 | (Removed) | | | |
| 163 | (Removed) | | | |
| 164 | (Removed) | | | |
| 165 | Documents from Bowdoin College | | | |
| 166 | Subcontrcacto de Adquisicion de Bienes y Anexos | | | |
| 167 | Documents 16 MPSA0000001-16MPSA0000129- Travel Documents | | | |
| 168 | FGG Pledge Docs | | | |
| 169 | Ponce Email with Annexo S and Chart | | | |
| 170 | 16MPSA0000547 to 16MPSA0000581-John Adams Cell Records from Dec 2009 to Jan 2010 | | | |
| 171 | CFE AUDIT | | | Yes |
| 172 | Discovery Letter- Gov't with Proffer Letters | | | Yes |
| 173 | "Contrato De Adquisciones" with Official Stamps | | | |
| 174 | 1.ROI'S *Brady/Giglio* Source | | | Yes |
| 175 | Corres Skipplings Rutley, 03/23/10 | | | |
| 176 | Checks to Mace Miller and Gireud, 05/20/09 | | | |
| 177 | Check Linda Medlock, 04/19/10; | | | |
| 178 | Checks to Joe Montes, Liliana Narvaez, Ray Velarde, Chris Parker,   2012; | | | Yes |
| 179 | (Removed) | | | |
| 180 | (Removed) | | | |
| 181 | (Removed) | | | |
| 182 | (Removed) | | | |
| 183 | Order for Issuance of Witness Subpoena *Ad Testificandum and Duces Tecum* for Mitsubishi Power Systems Americas, Inc.'s Custodian of Records, March 4, 2016 | | | Yes |
| 184 | Order for Issuance of Witness Subpoena *Ad Testificandum and Duces Tecum* for Fernando Gireud, March 4, 2016 | | | Yes |
| 185 | Mitsubishi/CFE Agreement October 2013 | | | Yes |

Dated: May 16, 2016

          Respectfully submitted,

          RICHARD L. DURBIN, JR.
          UNITED STATES ATTORNEY

By:      /s/
          Debra P. Kanof
          Texas Bar No. 11093600
          Anna E. Arreola
          New York Registration No. 4151775
          Jose Luis Gonzalez
          Texas Bar No. 08129200
          Assistant U.S. Attorneys
          700 E. San Antonio, Suite 200
          El Paso, Texas 79901
          (915) 534-6884


          Respectfully Submitted,

          MAUREEN SCOTT FRANCO
          FEDERAL PUBLIC DEFENDER

          /S/
          ERIK A. HANSHEW
          Assistant Federal Public Defender
          Western District of Texas
          Richard C. White Federal Building
          700 E. San Antonio, D-401
          El Paso, Texas   79901
          (915) 534-6525
          (915) 534-6534 (fax)
          *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2016, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notice to counsel of record.

/s/
Debra P. Kanof
Assistant United States Attorney