# TRANSCRIPT ORDER

AO 435 (Rev. 03/08)
Administrative Office of the United States Courts
*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| | |
|---|---|
| 1. NAME: ERIK HANSHEW, ASST. FEDERAL PUBLIC DEFENDER | 2. PHONE NUMBER: (915) 534-6525 |
| 4. MAILING ADDRESS: 700 E. SAN ANTONIO, STE. D-401 | 5. CITY: EL PASO |
| 3. DATE: 6/8/2016 | 6. STATE: TX — 7. ZIP CODE: 79901 |
| 8. CASE NUMBER: EP-13-CR-0370-DG | 9. JUDGE: Hon. David Guaderrama |
| 12. CASE NAME: USA v. MARCO ANTONIO DELGADO | 13. CITY: EL PASO — 14. STATE: TX |

DATES OF PROCEEDINGS: 10. FROM 5/17/2016 — 11. TO 5/17/2016
LOCATION OF PROCEEDINGS

**15. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) STATUS CONFERENCE | 05/17/2016 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: [signature]
19. DATE: 6/8/2016

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:
PROCESSED BY:
PHONE NUMBER:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY — TRANSCRIPTION COPY — ORDER RECEIPT — ORDER COPY