8-5-16 aR

| AO 435 (Rev. 12/03) | Administrative Office of the United States Courts  TRANSCRIPT ORDER  *Please Read Instructions above* | FOR COURT USE ONLY  DUE DATE: |
|---|---|---|

| 1. NAME  Debra Kanof, AUSA | 2. PHONE NUMBER  (915) 534-6884 | 3. DATE  8/4/2016 |
|---|---|---|
| 4. MAILING ADDRESS  700 E. San Antonio, Ste. 200 | 5. CITY  El Paso | 6. STATE  TX | 7. ZIP CODE  79901 |
| 8. CASE NUMBER  EP-13-CR-370-DCG | 9. JUDGE  Hon. David C. Guaderrama | DATES OF PROCEEDINGS  10. FROM 5/17/2016 | 11. 5/17/2016 |
| 12. CASE NAME  U.S. v. Marco Antonio Delgado | | LOCATION OF PROCEEDINGS  13. EL Paso | 14. TX |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT | | | |
| CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| SENTENCING | | Status Conference KS | 5/17/2016 |
| BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☒ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL    0.00

18. SIGNATURE  *[signature]*

19. DATE  8/4/2016

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY