UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| UNITED STATES OF AMERICA | § |  |
|---|---|---|
|  | § |  |
|  | § |  |
| V. | § | NO. 13-CR-00370-DCG |
|  | § |  |
|  | § |  |
| MARCO ANTONIO DELGADO | § |  |

## DEFENDANT'S AMENDED PROPOSED EXHIBIT LIST

| Exhibit No. | Description | Offered | Admitted | Gov't Objection |
|---|---|---|---|---|
| 1. | Letter-Federal Electricity Commission Official, Doc. No. SCC/2011/067, 03/24/11-ENGLISH | | | |
| 1a. | Letter-Federal Electricity Commission Official, Doc. No. SCC/2011/067, 03/24/11-SPANISH | | | |
| 2. | Letter of Presentation Proposal, 10/20/09-ENGLISH | | | |
| 2a. | Letter of Presentation Proposal, 10/20/09-SPANISH | | | |
| 3. | Letter from GIREUD to EUGENIO, 05/11/10-ENGLISH | | | |
| 3a. | Letter from GIREUD to EUGENIO, 05/11/10-SPANISH | | | |
| 4. | Letter Federal Electricity Commission, Official Doc. No. SCC/2011/063, 02/18/11-ENGLISH | | | |
| 4a. | Letter Federal Electricity Commission, Official Doc. No. SCC/2011/063, 02/18/11-SPANISH | | | |
| 5. | Letter from Marco Delgado to Ramos Elorduy, 03/03/10-ENGLISH | | | |
| 5a. | Letter from Marco Delgado to Ramos Elorduy, 03/03/10-SPANISH | | | |
| 6. | Minutes for the Extraordinary Session Number 10/2009, 12/23/09-ENGLISH | | | |
| 6a. | Minutes for the Extraordinary Session Number 10/2009, 12/23/09-SPANISH | | | |

| | | | | |
|---|---|---|---|---|
| 7. | First Amendment Agreement to the Contract of Acquisition No. FAGP-001/2009 with Annex 1 & 2, 12/23/09-ENGLISH | | | |
| 7a. | First Amendment Agreement to the Contract of Acquisition No. FAGP-001/2009 with Annex 1 & 2, 12/23/09-SPANISH | | | |
| 8. | Contract for Guarantee Services Guaranteeing Functionality of Gas Turbine Generators (Long Term Service Agreement), 01/06/10-ENGLISH | | | |
| 8a. | Contract for Guarantee Services Guaranteeing Functionality of Gas Turbine Generators (Long Term Service Agreement), 01/06/10-SPANISH | | | |
| 9. | Annex D- Ceremony of Presentation and Opening of Proposals/Bi, 10/20/09-ENGLISH | | | |
| 9a. | Annex D- Ceremony of Presentation and Opening of Proposals/Bi, 10/20/09-SPANISH | | | |
| 10. | Annex E- Award of Contract-ENGLISH | | | |
| 10a. | Annex E- Award of Contract-SPANISH | | | |
| 11. | Annex F- Payment Schedule for Gas Turbine Generators and Stem Turbine Generator, 12/07/09-ENGLISH | | | |
| 11a. | Annex F- Payment Schedule for Gas Turbine Generators and Stem Turbine Generator, 12/07/09-SPANISH | | | |
| 12. | Annex G- Agreement for an Extension of the Signature of the Contract for the Acquisition and Services Guaranteeing the Functionality Turbine Generators,12/06/09-ENGLISH | | | |
| 12a. | Annex G- Agreement for an Extension of the Signature of the Contract for the Acquisition and Services Guaranteeing the Functionality Turbine Generators, 12/06/09-SPANISH | | | |

| | | | | |
|---|---|---|---|---|
| 13. | ANNEX Q-Map of site location-ENGLISH | | | |
| 13a. | ANNEX Q- Map of site location-SPANISH | | | |
| 14. | Annex K-Form for written declaration by residents abroad that the winning bidder awarded the contract must submit prior to the execution of the contract; Request for Opinion with regards to the compliance of Fiscal Obligations related to Contracting with the Federal Government and the States, 12/2009-ENGLISH | | | |
| 14a. | Annex K-Form for written declaration by residents abroad that the winning bidder awarded the contract must submit prior to the execution of the contract; Request for Opinion with regards to the compliance of Fiscal Obligations related to Contracting with the Federal Government and the States,12/2009-SPANISH | | | |
| 15. | Annex L- Publication of Bid in the *Diario,* 03/26/09-ENGLISH | | | |
| 15a. | Annex L- Publication of Bid in the *Diario,* 03/26/09-SPANISH | | | |
| 16. | Annex R- Program of RFP Events-ENGLISH | | | |
| 16a. | Annex R- Program of RFP Events-SPANISH | | | |
| 17. | Annex S- Payment Schedule for Gas Turbine Generators and Stem Turbine Generator-ENGLISH | | | |
| 17a. | Annex S- Payment Schedule for Gas Turbine Generators and Stem Turbine Generator-SPANISH | | | |
| 18. | Annex T with Annex 14-Guarantee of Compliance Form-ENGLISH | | | |
| 18a. | Annex T with Annex 14-Guarantee of Compliance Form-SPANISH | | | |
| 19. | Annex U with Annex 13- Guarantees and Conventional Sanctions-ENGLISH | | | |
| 19a. | Annex U with Annex 13- Guarantees and Conventional Sanctions-SPANISH | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| 20. | Annex V- Second Agreement for an Extension to the Signature of the Contract for the Acquisition and Services Guaranteeing the Functionality of Turbine Generators-ENGLISH |  |  |  |
| 20a. | Annex V- Second Agreement for an Extension to the Signature of the Contract for the Acquisition and Services Guaranteeing the Functionality of Turbine Generators-SPANISH |  |  |  |
| 21. | Annex 13- Guarantees and Conventional Sanctions-ENGLISH |  |  |  |
| 21a. | Annex 13- Guarantees and Conventional Sanctions-SPANISH |  |  |  |
| 22. | Miranda Form |  |  | Yes |
| 23. | ROI 1 |  |  | Yes |
| 24. | ROI 16 |  |  | Yes |
| 25. | Consent to Search I-Phone |  |  | Yes |
| 26. | Cerrito Feliz Purchase Docs |  |  |  |
| 27. | Charlotte's Docs |  |  |  |
| 28. | Memorandum of Understanding-FGG |  |  |  |
| 29. | Mack Massey |  |  |  |
| 30. | Linda Medlock Scans |  |  |  |
| 31. | CFE Wire Trans and Rerouting 03/03/10 |  |  |  |
| 32. | Mits Correspondence 10/28/09 |  |  |  |
| 33. | Rudolph Docs |  |  |  |
| 34. | Turks and Caicos- Rutley Affidavit, 01/28/13 |  |  |  |
| 35. | Email Re: First Caribbean Bank Docs from AUSA Arreola to Former Defense Counsel, 07/17/13 |  |  | Yes |
| 36. | Email Re: Discovery from AUSA Arreola to Former Defense Counsel, 09/25/13 |  |  |  |
| 37. | Carnegie Melon Response to Summons, 12/04/12 |  |  |  |
| 38. | Email,Gireud 07/01/11 |  |  |  |
| 39. | Land Rover Documents |  |  |  |
| 40. | MVD-New Mexico Records |  |  |  |
| 41. | Direct Buy Response to Summons |  |  |  |
| 42. | Gireud Thumb Drive |  |  |  |

4

|      |                                                                            |   |   |     |
|------|----------------------------------------------------------------------------|---|---|-----|
| 43.  | Mitsubishi Contract-SPANISH 01/24/12                                       |   |   |     |
| 44.  | FGG Correspondence Re: Wells Fargo Credit, 05/11/10                        |   |   |     |
| 45.  | FGG, SPANISH 03/03/10                                                      |   |   |     |
| 45a. | FGG, ENGLISH, 03/03/10                                                     |   |   |     |
| 46.  | FGG Invoice, 06/29/10 SPANISH                                              |   |   | *   |
| 46a. | FGG Invoice, 06/29/10 ENGLISH                                              |   |   | *   |
| 47.  | Fiduciary Office, 03/07/12 SPANISH                                         |   |   | *   |
| 47a. | Fiduciary Office, 03/07/12 ENGLISH                                         |   |   | *   |
| 48.  | FGG Economic Proposal-SPANISH                                              |   |   |     |
| 48a. | FGG Economic Proposal-ENGLISH                                              |   |   |     |
| 49.  | CFE Sec 6 Contract                                                         |   |   |     |
| 50.  | Amendment 1-FGG & Mitsubishi 04/23/10                                      |   |   |     |
| 51.  | CFE Correspondence Re: Financing 03/01/12                                  |   |   |     |
| 52.  | FGG POWER OF ATTORNEY 03/08/12                                             |   |   |     |
| 53.  | SPECIAL POWER OF ATTORNEY-MD 07/13/09                                      |   |   |     |
| 54.  | FGG Business Entity Information                                            |   |   |     |
| 55.  | Three Party Agreement for CFE Agua Prieta II and Book of Draft             |   |   | Yes |
| 56.  | CFE Correspondence Re: Contract 02/18/11                                   |   |   | *   |
| 57.  | CFE Correspondence Re: Contract 03/24/11                                   |   |   |     |
| 58.  | Amendment-Re: CFE and FGG, 04/22/11-SPANISH & ENGLISH                      |   |   | *   |
| 59.  | FGG Corres. Re: Financing Offer                                            |   |   | *   |
| 60.  | FGG Corres. Re: Receipt of Payment 07/15/09                                |   |   |     |
| 61.  | Email From MD to FJG Re: Breach of Contract 03/30/11                       |   |   |     |
| 62.  | Email from MD to Kevin Beddard Re: Confidential Info Request 03/17/11      |   |   |     |
| 63.  | Email from FJG to MD Re: Sulzer Merged Agreement 04/15/11                  |   |   | Yes |
| 64.  | Email from FJG to MD Re: Sulzer Merged Agreement ii 04/22/11               |   |   | Yes |
| 65.  | Email from FJG to MD Re: Assignment of Collections to MPSA 04/15/11        |   |   |     |
| 66.  | Phone Texts Mobile: 915-929-1930, I-Phone: 915-667-1882 SPANISH            |   |   |     |

5

|      |                                                                                                             |   |   |     |
|------|-------------------------------------------------------------------------------------------------------------|---|---|-----|
| 66a. | Phone Texts Mobile: 915-929-1930, I-Phone: 915-667-1882 ENGLISH                                             |   |   |     |
| 67.  | Mitsubishi Corres. To FJG Re: Equipment Contract 01/12/10                                                   |   |   |     |
| 68.  | Photo Taos Condo                                                                                            |   |   |     |
| 69.  | Photos of Jeep, Range Rover                                                                                 |   |   |     |
| 70.  | Photos of 1109 Cerrito Feliz- 09/27/13                                                                      |   |   |     |
| 71.  | **Bank Records** Re: FGG Account, IOLTA Account, MD Account, PMA Account, and Narvaez Account               |   |   |     |
| 72.  | ROI 12 02/16/12 Re: Meeting with SA and MD on 10/28/11                                                      |   |   | Yes |
| 73.  | Bank Records from Standard Charter: Business Record Affidavit, 10/15/13                                     |   |   |     |
| 74.  | Wells Fargo Records Acct 4733, 01/22/14                                                                     |   |   |     |
| 75.  | Email Re: Revised Payment Plan 03/25/10                                                                     |   |   |     |
| 76.  | Email Re: Formal Assignment Request 04/15/11                                                                |   |   |     |
| 77.  | Email Re: When to call 03/12/10                                                                             |   |   |     |
| 78.  | Email Re: CFE Acknowledgement of Formal FGG Request 03/08/10                                                |   |   |     |
| 79.  | Email Re: Format of Wire Transfer 03/26/10                                                                  |   |   |     |
| 80.  | Email (03/25/10) Re: Color Doc Assignment and correspondence re: Payment to FGG from CFE(03/24/10)          |   |   |     |
| 81.  | Email Re: JA Letter (02/11/10) and correspondence re: CFE-FGG Equipment Contract (01/30/10)                 |   |   |     |
| 82.  | Email (04/06/10) Re: CFE Letter and correspondence to MD from CFE 03/30/10                                  |   |   | *   |
| 83.  | Email Re: Agua-FGG Subcontract 05/10/10                                                                     |   |   |     |
| 84.  | Email Re: FGG 04/04/10                                                                                      |   |   |     |
| 85.  | Email (03/03/10) Re: MPSAs Protests and correspondence from MPSA (03/03/10)                                 |   |   |     |
| 86.  | Email Re: FGG Collection Right to MPSA 03/30/11 and executed Assignment of Collection Rights                |   |   |     |
| 87.  | Email Re: CFE Assignment 03/11/10                                                                           |   |   |     |

6

| | | | | |
|---|---|---|---|---|
| 88. | Email Re: FGG-MPSA (04/07/10) and FGG Correspondence Re Payment to MPSA (04/06/10) | | | |
| 89. | Business Record Affidavit and attachments- Wells Fargo 10/17/13 | | | |
| 90. | MPSA Lawsuit v. FGG, FG, and MD-2012 and Attachments | | | Yes |
| 91. | Wells Fargo Correspondence Re: Subpoena 11/07/13 | | | |
| 92. | Sulzer v. FGG Original Petition | | | Yes |
| 93. | Email (06/09/11) Tania Mendez Re: CFE Documents and Executed Amendment of Collection (06/09/11) | | | Yes |
| 94. | FGG Correspondence to Sulzer (Pardivala) 03/08/11 | | | Yes |
| 95. | FGG Authorization, 06/09/11 | | | Yes |
| 96. | Power of Attorney FGG, 06/10/12 | | | |
| 97. | Order Granting Selzer Motion to Compel, 03/17/13, | | | Yes |
| 98. | Miller First Supp Responses to RFP, 06/17/13 | | | Yes |
| 99. | Email Re: Agua Prieta Project 01/05/10 | | | |
| 100. | Email (01/12/10) Re: FGG Clarifications Letter and FGG Correspondence (01/12/10) | | | |
| 101. | Email Re: Itinerary 01/12/10 | | | |
| 102. | Email Re: Agua Prieta II 02/07/11 | | | |
| 103. | Email Re: FGG TSUSH Letter of Intent Draft 02/17/11 | | | Yes |
| 104. | Email Re: Contract for Services 02/17/011 | | | |
| 105. | Email Re: FGG-FEB-11 02/21/11 | | | |
| 106. | Email Re: AGUA-FGG Urgent Clarification of Equipment Title, 02/24/11 | | | |
| 107. | Email Re: Borrador a Kevin 02/25/11 | | | |
| 108. | Email Re: Review of Letter to Kevin 02/28/11 | | | |
| 109. | Email Re: Questions Regarding Pledge 02/28/11 | | | |
| 110. | Email Re: AGUA-FGG 2nd Delay Notice 03/11/11 | | | |
| 111. | Email Re: Agua Prieta 04/08/11 | | | |

7

| # | Description | | | |
|---|---|---|---|---|
| 112. | Email Re: AGUA-FGG Breach of Contract: Request for Authorization for the Assignment of collection rights 04/10/11 | | | |
| 113. | Email Re: agreement Agua Prieta 05/08/09 | | | * |
| 114. | Email Re: MX-311N Answers to Questions 05/30/11 | | | * |
| 115. | Email Re: Collection of Rights, 03/30/11 | | | |
| 116. | Exclusivity and Non-Circumvention Agreement Thomassen Amcot-FGG, 04/20/09 | | | |
| 117. | CFE Correspondence 05/18/11 | | | * |
| 118. | Revocation of Special Power of Attorney – FJG 04/14/10 | | | |
| 119. | FGG Correspondence Re: Well Fargo 05/11/10 | | | |
| 120. | FGG Correspondence Re: 2nd CFE Payment Disbursements- Agua Prieta II 07/15/10 | | | |
| 121. | FGG Correspondence 03/22/10 | | | |
| 122. | Addendum to Teaming Agreement FGG and Mitsubishi 08/11/09 | | | |
| 123. | FGG Correspondence, 12/10/09 | | | * |
| 124. | FGG Correspondence Re: Confidentiality Agreement 07/14/09 | | | * |
| 125. | Email Re: Meeting 03/29/11 | | | * |
| 126. | FGG Correspondence Beddard to Miller, Re: Agua Prieta II-Various, 11/11/10 | | | * |
| 127. | CFE Correspondence CFE to Mits. 08/26/11 | | | * |
| 128. | Email Re: Collection Rights 03/30/11 | | | |
| 129. | Email Re: Obtaining Counsel, 04/08/11 | | | |
| 130. | Email Re: Transportation and Disaster 07/21/11 | | | |
| 131. | FGG Correspondence Re: Contract 03/28/11 | | | |
| 132. | CFE Correspondence 10/26/10 | | | |
| 133. | CFE Correspondence 03/03/10 | | | |
| 134. | FGG 2010 1099 Tax Form | | | |
| 135. | FGG 2011 1099 Tax Return | | | |
| 136. | Email to Altamura from Kevin Beddard 3/28/11 with FGG Correspondence 03/28/11 SPANISH | | | |

8

|  |  |  |  |  |
|---|---|---|---|---|
| 136a. | Email to Altamura from Kevin Beddard 3/28/11 with FGG Correspondence 03/28/11- ENGLISH |  |  |  |
| 137. | Linda Medlock emails |  |  |  |
| 138. | John Adams Passport |  |  |  |
| 139. | John Adams Border Crossing |  |  |  |
| 140. | Bancomext |  |  |  |
| 141. | Notary Book 1- Arais Davila |  |  |  |
| 142. | Notary Book 2- Arais Davila |  |  |  |
| 143. | Credit Card Transactions Provided by Linda Medlock |  |  |  |
| 144. | FGG Ent LLC Provided by F. Gireud, 12/16/09 |  |  |  |
| 145. | Emails Provided by F. Gireud |  |  | * |
| 146. | 1099's Provided by F. Gireud |  |  |  |
| 147. | Def FJG Responses |  |  | Yes |
| 148. | Def FJG Supp Response to RFP |  |  | Yes |
| 149. | Mace Miller Object and Res to RFP Re: Venue |  |  | Yes |
| 150. | Sulzer Docs Re: Responses to RFP 10/31/12 |  |  | Yes |
| 151. | Correspondence From Haynes & Boone, 11/01/12 |  |  | Yes |
| 152. | Correspondence dated 11/29/11 to Linda Medlock from Steve James Re: IRS |  |  | Yes |
| 153. | Correspondence and draft to Marco Delgado from Linda Medlock w/IRS Docs 11/10/11 |  |  |  |
| 154. | Correspondence to Linda Medlock, 07/05/11 from Susan Urbieta, Atty Re: Child Support and additional child support documents |  |  | Yes |
| 155. | Documents from Bowdoin College |  |  |  |
| 156. | Subcontrcacto de Adquisicion de Bienes y Anexos, 1216- SPANISH |  |  |  |
| 156a. | Subcontrcacto de Adquisicion de Bienes y Anexos, 1216- ENGLISH |  |  |  |
| 157. | Travel Documents |  |  |  |
| 158. | Special Power of Attorney, 01/11/2010 |  |  |  |
| 159. | Ponce Email with Annexo S and Chart, 03/15/10 |  |  |  |
| 160. | John Adams Cell Records from Dec 2009 to Jan 2010 |  |  |  |
| 161. | CFE AUDIT |  |  | Yes |

Case 3:13-cr-00370-DCG   Document 213   Filed 09/07/16   Page 10 of 10

| | | | | |
|---|---|---|---|---|
| 162. | Discovery Letter, 05/09/16 | | | Yes |
| 163. | Gov't Proffer Letters, 05/09/16, 09/12/12, 08/01/12, 11/06/12 | | | Yes |
| 164. | "Contrato De Adquisciones" with Official Stamps, 01/06/10 | | | |
| 165. | ROI'S 9, 17, 19, 24, 33, 34, *Brady/Giglio* Source | | | Yes |
| 166. | Corres Skipplings Rutley, 03/23/10 | | | |
| 167. | Checks to Mace Miller and Gireud, 05/20/09 | | | |
| 168. | Check Linda Medlock, 04/19/10 | | | |
| 169. | Checks to Joe Montes, Liliana Narvaez, Ray Velarde, Chris Parker, 2012; | | | Yes |
| 170. | Order for Issuance of Witness Subpoena *Ad Testificandum and Duces Tecum* for Mitsubishi Power Systems Americas, Inc.'s Custodian of Records, March 4, 2016 | | | Yes |
| 171. | Order for Issuance of Witness Subpoena *Ad Testificandum and Duces Tecum* for Fernando Gireud, March 4, 2016 | | | Yes |
| 172. | Mitsubishi/CFE Agreement October 2013 | | | Yes |
| 173. | Linda Medlock EMAILS | | | |

Respectfully Submitted,

MAUREEN SCOTT FRANCO
FEDERAL PUBLIC DEFENDER

/S/
ERIK A. HANSHEW
Assistant Federal Public Defender
Western District of Texas
Richard C. White Federal Building
700 E. San Antonio, D-401
El Paso, Texas  79901
(915) 534-6525
(915) 534-6534 (fax)
*Attorney for Defendant*

10