UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | NO. 13-CR-00370-DCG |
| | § | |
| MARCO ANTONIO DELGADO | § | |

**DEFENDANT'S SUPPLEMENTAL PROPOSED EXHIBIT LIST**

| | | | | | |
|---|---|---|---|---|---|
| 174. | Summary, 01/16/2014-English | | | | |
| 174a. | Summary, 01/16/2014-Spanish | | | | |
| 175. | ROI 7, 11/09/15 | | | | |
| 176. | ROI 9 | | | | |
| 177. | ROI 14 | | | | |
| 178. | ROI 15 | | | | |
| 179. | ROI 17 | | | | |
| 180. | ROI 19 | | | | |
| 181. | ROI 20 | | | | |
| 182. | ROI 24 | | | | |
| 183. | ROI 26 | | | | |
| 184. | ROI 28 | | | | |
| 185. | ROI 29 | | | | |
| 186. | ROI 31 | | | | |
| 187. | ROI 32 | | | | |
| 188. | ROI 34 | | | | |
| 189. | ROI 35 | | | | |
| 189a. | ROI 35 With Handwritten Edits | | | | |
| 190. | ROI 36 | | | | |
| 191. | ROI 37 | | | | |
| 192. | FD-1057-FBI Report, 09/23/2012 | | | | |
| 193. | 2010 & 2011 FGG Tax Returns | | | | |
| 194. | Wells Fargo Statement 04/01/2010 | | | | |
| 195. | Wells Fargo Statement 06/01/2011 | | | | |
| 196. | Summary Chart of Turks & Caicos Account, by Gov't | | | | |
| 197. | Kenneth P. Lecesne- Resume | | | | |
| 198. | ROI 33 | | | | |

Respectfully Submitted,

MAUREEN SCOTT FRANCO
FEDERAL PUBLIC DEFENDER

/S/
ERIK A. HANSHEW
Assistant Federal Public Defender
Western District of Texas
Richard C. White Federal Building
700 E. San Antonio, D-401
El Paso, Texas  79901
(915) 534-6525
(915) 534-6534 (fax)
*Attorney for Defendant*

2