UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION


FILED
SEP 12 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:13-CR-00370(1)-DCG |
| | § | |
| (1) Marco Antonio Delgado | § | |

## EXHIBITS (EVIDENTIARY HEARING)

| Exhibit | Description | Date Admitted |
|---|---|---|
| GOVT 7 | Copy of Subpoena and records produced | 9-12-16 |