Case 3:13-cr-00370-DCG   Document 239   Filed 09/20/16   Page 1 of 7

U.S. District Court [LIVE], Western District of Texas
Admitted Exhibits Log for: EP-13-CR-370-DCG
USA v. Marco Antonio Delgado, 9/12/2016

Filed 9-20-16

| Exhibit | Rls | Identified | Admitted | Description |
|---|---|---|---|---|
| Gov-1 | Yes | 9/13/2016 9:42 AM | 9/13/2016 9:42 AM | FirstCaribbean Documents 2 |
| Gov-1-a | Yes | 9/20/2016 10:40 AM | 9/20/2016 10:40 AM | First Caribbean Entire Docs |
| Gov-2 | Yes | 9/13/2016 9:43 AM | 9/13/2016 9:43 AM | Summary Chart 3 |
| Gov-3 | Yes | 9/14/2016 3:00 PM | 9/14/2016 3:01 PM | 20090403 Articles of Incorporation |
| Gov-4 | Yes | 9/14/2016 3:08 PM | 9/14/2016 3:08 PM | 20090713 Power of Attorney |
| Gov-6 | Yes | 9/14/2016 3:38 PM | 9/14/2016 3:39 PM | 20090730 Email_Enail to Ponce |
| Gov-7 | Yes | 9/13/2016 4:35 PM | 9/13/2016 4:35 PM | 20090808 Teaming Agreement |
| Gov-8 | Yes | 9/14/2016 3:50 PM | 9/14/2016 3:50 PM | 20090916 Memorandum of Understanding |
| Gov-9 | Yes | 9/14/2016 3:30 PM | 9/14/2016 3:30 PM | 20091020 Propuesta Economica_ Economic Proposal |
| Gov-9-A | Yes | 9/14/2016 3:30 PM | 9/14/2016 3:30 PM | 20091020 Propuesta Economica_Economic Proposal_(translation) |
| Gov-10 | Yes | 9/14/2016 4:18 PM | 9/14/2016 4:18 PM | 20091120 Email_Enail to Ponce |
| Gov-11 | Yes | 9/13/2016 5:12 PM | 9/13/2016 5:12 PM | 20091127 Email_Adams to Gireud |
| Gov-12 | Yes | 9/13/2016 9:43 AM | 9/13/2016 9:43 AM | 20091216 MPSA-FGG Subcontract |
| Gov-12-A | Yes | 9/13/2016 9:43 AM | 9/13/2016 9:43 AM | 20091216 MPSA-FGG Subcontract_(translation) |
| Gov-13 | Yes | 9/13/2016 5:47 PM | 9/13/2016 5:47 PM | 20091224 Email_Enail to Ponce |
| Gov-14 | Yes | 9/13/2016 5:50 PM | 9/13/2016 5:51 PM | 20091228 Email_Ponce to Gireud |
| Gov-15 | Yes | 9/14/2016 4:41 PM | 9/14/2016 4:41 PM | 20091230 Email_Delgado to Miller |
| Gov-16 | Yes | 9/15/2016 5:11 PM | 9/15/2016 5:12 PM | 20091231 Email_Gireud to Ponce |
| Gov-18 | Yes | 9/13/2016 9:43 AM | 9/13/2016 9:43 AM | 20100106 MLAT FGG Contract pp 1-21 |
| Gov-18-A | Yes | 9/13/2016 9:44 AM | 9/13/2016 9:44 AM | 20100106 MLAT FGG Contract_(translation) |
| Gov-19 | Yes | 9/15/2016 9:49 AM | 9/15/2016 9:49 AM | MLAT Anexo S |
| Gov-19-A | Yes | 9/15/2016 9:49 AM | 9/15/2016 9:49 AM | MLAT Anexo S_(translation) |
| Gov-20 | Yes | 9/20/2016 3:15 PM | 9/20/2016 3:15 PM | MLAT Anexo T |
| Gov-20-A | Yes | 9/20/2016 2:45 PM | 9/20/2016 2:45 PM | MLAT Anexo T_(translation) |
| Gov-21 | Yes | 9/14/2016 9:28 AM | 9/14/2016 9:29 AM | 20100110 MLAT Roman IV |
| Gov-22 | Yes | 9/14/2016 | 9/20/2016 | 20100110 Three paragraph letter |

| Gov-23 | Yes | 9/14/2016 9:09 AM | 9/14/2016 9:09 AM | Adams Passport Redacted |
|---|---|---|---|---|
| Gov-25 | Yes | 9/14/2016 9:54 AM | 9/14/2016 9:55 AM | IACE Travel Records |
| Gov-26 | Yes | 9/14/2016 9:55 AM | 9/14/2016 9:56 AM | MPSA Expense Records |
| Gov-27 | Yes | 9/13/2016 5:25 PM | 9/14/2016 10:00 AM | T-Mobile Part A 16MPSA0000547 |
| Gov-28 | Yes | 9/14/2016 10:00 AM | 9/14/2016 10:00 AM | T-Mobile Part B 16MPSA0000565 |
| Gov-29 | Yes | 9/14/2016 2:14 PM | 9/14/2016 2:16 PM | notary book #1_Redacted |
| Gov-30 | Yes | 9/14/2016 2:16 PM | 9/14/2016 2:16 PM | notary book#2_Redacted |
| Gov-30-a | Yes | 9/14/2016 3:18 PM | 9/14/2016 3:18 PM | Sample Signature Irais Davila |
| Gov-31 | Yes | 9/14/2016 10:00 AM | 9/20/2016 11:39 AM | 20120520 Ramos to Delgado |
| Gov-31-A | Yes | 9/20/2016 11:39 AM | 9/20/2016 11:39 AM | 20120520 Ramos to Delgado (translation) |
| Gov-32 | Yes | 9/14/2016 10:46 AM | 9/14/2016 10:46 AM | 20100110 Pledge Agreement (MLAT Roman III) |
| Gov-32-A | Yes | 9/14/2016 10:46 AM | 9/14/2016 10:46 AM | 20100110 Pledge Agreement (MLAT Roman III)_(translation) |
| Gov-34 | Yes | 9/14/2016 10:03 AM | 9/14/2016 10:03 AM | 20100112a Email_Ponce to Gireud |
| Gov-35 | Yes | 9/14/2016 5:09 PM | 9/14/2016 5:09 PM | 20100112b Email_Delgado (Enail) to Miller |
| Gov-36 | Yes | 9/14/2016 5:11 PM | 9/14/2016 5:11 PM | 20100112c Email_Delgado to Gireud |
| Gov-36-A | Yes | 9/14/2016 5:12 PM | 9/14/2016 5:12 PM | 20100112c Email_Delgado to Gireud(translation) |
| Gov-37 | Yes | 9/14/2016 10:16 AM | 9/14/2016 10:17 AM | 20100118 Email_Ponce to Gireud |
| Gov-38 | Yes | 9/15/2016 3:47 PM | 9/15/2016 3:47 PM | 20100124 Email_Ponce to Gireud |
| Gov-40 | Yes | 9/14/2016 9:26 AM | 9/14/2016 9:28 AM | 20100211 Email_Gireud to Ponce |
| Gov-40-A | Yes | 9/14/2016 9:24 AM | 9/20/2016 9:21 AM | 20100211 Email_Gireud to Ponce (translation) |
| Gov-41 | Yes | 9/13/2016 9:41 AM | 9/13/2016 9:41 AM | 20100212 Email_Beddard to Gireud |
| Gov-43 | Yes | 9/14/2016 10:48 AM | 9/14/2016 10:48 AM | 20100303 MLAT II (March 2010 Letter from MD) |
| Gov-43-A | Yes | 9/14/2016 10:50 AM | 9/14/2016 10:50 AM | 20100303 MLAT II (March 2010 Letter from MD)_(translation) |
| Gov-44 | Yes | 9/14/2016 10:54 AM | 9/14/2016 10:54 AM | 20100303 Email_Sueki to Gireud |
| Gov-45 | Yes | 9/14/2016 5:28 PM | 9/14/2016 5:29 PM | 20100308 Email_Delgado to Miller_ 11569 |
| Gov-45-A | Yes | 9/14/2016 5:30 PM | 9/14/2016 5:30 PM | 20100308 Email_Delgado to Miller_11569 (translation) |
| Gov-46 | Yes | 9/20/2016 2:45 PM | 9/20/2016 2:46 PM | 20100308 Transmissions (MLAT Roman V)transaction 3-8-10 |
| Gov-46-A | Yes | 9/20/2016 2:46 PM | 9/20/2016 2:46 PM | 20100308 Transmissions (MLAT Roman V)transaction 3-8-10_(Translation) |

| Gov-47 | Yes | 9/15/2016 5:54 PM | 9/15/2016 5:55 PM | 20100312 Email_Delgado to Ponce |
|---|---|---|---|---|
| Gov-47-A | Yes | 9/13/2016 9:58 AM | 9/13/2016 9:58 AM | 20100312 Email_Delgado to Ponce(translation) |
| Gov-48 | Yes | 9/14/2016 5:32 PM | 9/14/2016 5:32 PM | 20100322 Email_Delgado to Miller |
| Gov-49 | Yes | 9/14/2016 5:38 PM | 9/20/2016 12:14 PM | 20100323 MPSA1196 |
| Gov-50 | Yes | 9/14/2016 11:01 AM | 9/14/2016 11:01 AM | 20100325a Email_Delgado to Adams 00126-00127 |
| Gov-50-A | Yes | 9/14/2016 11:13 AM | 9/14/2016 11:13 AM | 20100325a Email_Delgado to Adams 00126-00127_(translation) |
| Gov-51 | Yes | 9/14/2016 10:56 AM | 9/14/2016 10:57 AM | 20100325b Letter FGG to Adams |
| Gov-52 | Yes | 9/14/2016 11:34 AM | 9/14/2016 11:34 AM | 20100326 Email_Delgado to Adams |
| Gov-53 | Yes | 9/15/2016 9:42 AM | 9/20/2016 12:20 PM | 20100330 Letter |
| Gov-53-A | Yes | 9/15/2016 9:42 AM | 9/20/2016 12:20 PM | 20100330 Letter (translation) |
| Gov-55 | Yes | 9/13/2016 9:58 AM | 9/13/2016 9:58 AM | 20100401 Email_Beddard to Gireud |
| Gov-57 | Yes | 9/13/2016 9:59 AM | 9/13/2016 9:59 AM | 20100405a Email_Gireud to Beddard |
| Gov-58 | Yes | 9/14/2016 11:21 AM | 9/14/2016 11:21 AM | 20100405b Email_Gireud to Ponce |
| Gov-60 | Yes | 9/14/2016 11:23 AM | 9/14/2016 11:23 AM | 20100406b Email_Gireud to Adams |
| Gov-60-A | Yes | 9/14/2016 11:23 AM | 9/14/2016 11:23 AM | 20100406b Email_Gireud to Adams (translation) |
| Gov-61 | Yes | 9/13/2016 10:06 AM | 9/13/2016 10:06 AM | 20100407 Email_Adams to Gireud |
| Gov-62 | Yes | 9/14/2016 11:16 AM | 9/14/2016 11:19 AM | 20100412 Email_Delgado to Adams |
| Gov-64 | Yes | 9/14/2016 11:28 AM | 9/14/2016 11:28 AM | 20100414a Email_Delgado to Altamura |
| Gov-66 | Yes | 9/15/2016 9:18 AM | 9/15/2016 9:19 AM | 20100414 Revocation of Special Power of Attorney |
| Gov-67 | Yes | 9/13/2016 10:04 AM | 9/13/2016 10:04 AM | 20100420a Email_Beddard to Gireud |
| Gov-68 | Yes | 9/13/2016 10:13 AM | 9/13/2016 10:13 AM | 20100420b Email_Beddard to Gireud |
| Gov-69 | Yes | 9/13/2016 10:54 AM | 9/13/2016 10:54 AM | 20100423a Email_Altamura to Gireud |
| Gov-70 | Yes | 9/13/2016 10:54 AM | 9/13/2016 10:54 AM | 20100423b Email_Altamura to Miller |
| Gov-71 | Yes | 9/15/2016 10:02 AM | 9/15/2016 10:03 AM | 20100423c Email_Gireud to Altamura |
| Gov-72 | Yes | 9/13/2016 10:54 AM | 9/13/2016 10:54 AM | 20100423 Amendment No 1 |
| Gov-73 | Yes | 9/13/2016 10:53 AM | 9/13/2016 10:53 AM | 20100507 Letter_Gireud to Beddard |
| Gov-74 | Yes | 9/13/2016 11:23 AM | 9/13/2016 11:23 AM | 20100508 Email_Beddard to Gireud |
| Gov-75 | Yes | 9/13/2016 11:25 AM | 9/13/2016 11:25 AM | 20100510a Email_Gireud to Beddard |
| Gov-77 | Yes | 9/15/2016 9:23 AM | 9/15/2016 9:23 AM | 20100511 Letter_Gireud to Laris |

| | | | | |
|---|---|---|---|---|
| Gov-77-A | Yes | 9/15/2016 9:23 AM | 9/15/2016 9:23 AM | 20100511 Letter_Gireud to Laris (translation) |
| Gov-78 | Yes | 9/13/2016 11:29 AM | 9/13/2016 11:29 AM | 20100513 Email_Beddard to Delgado |
| Gov-79 | Yes | 9/13/2016 11:47 AM | 9/13/2016 11:47 AM | 20100514a Email_Beddard to Gireud |
| Gov-80 | Yes | 9/13/2016 11:48 AM | 9/13/2016 11:48 AM | 20100514b Email_Altamura to Miller |
| Gov-81 | Yes | 9/13/2016 11:47 AM | 9/13/2016 11:47 AM | 20100516 Email_Beddard to Delgado |
| Gov-82 | Yes | 9/13/2016 11:47 AM | 9/13/2016 11:47 AM | 20100518 Email_Beddard to Gireud |
| Gov-83 | Yes | 9/13/2016 5:33 PM | 9/13/2016 5:33 PM | 20100617 Email_Beddard to Gireud |
| Gov-84 | Yes | 9/20/2016 2:46 PM | 9/20/2016 2:46 PM | 20100308 Transmissions (MLAT Roman V)transaction 7-6-10 |
| Gov-85 | Yes | 9/16/2016 3:05 PM | 9/16/2016 3:05 PM | 20100709 Email_Delgado to Narvaez |
| Gov-85-A | Yes | 9/16/2016 3:05 PM | 9/16/2016 3:05 PM | 20100709 Email_Delgado to Narvaez (translation) |
| Gov-86 | Yes | 9/13/2016 5:34 PM | 9/13/2016 5:34 PM | 20100713 Email_Bellard to Gireud |
| Gov-87 | Yes | 9/15/2016 10:51 AM | 9/15/2016 10:51 AM | 20100715 Letter_Gireud to Delgado |
| Gov-89 | Yes | 9/13/2016 12:01 PM | 9/13/2016 12:01 PM | 20101019 Email_Bellard to Gireud |
| Gov-92 | Yes | 9/13/2016 12:06 PM | 9/13/2016 12:06 PM | 20110224a Email_Beddard to Gireud |
| Gov-93 | Yes | 9/13/2016 12:13 PM | 9/13/2016 12:13 PM | 20110224b Email_Altamura to Miller |
| Gov-94 | Yes | 9/15/2016 11:12 AM | 9/15/2016 11:13 AM | 20110225 Email_Delgado to Gireud |
| Gov-95 | Yes | 9/15/2016 11:22 AM | 9/15/2016 3:48 PM | 20110228a Email_Delgado to Gireud |
| Gov-96 | Yes | 9/16/2016 5:11 PM | 9/16/2016 5:11 PM | 20110228b Email_Miller to Beddard |
| Gov-97 | Yes | 9/13/2016 12:17 PM | 9/13/2016 12:17 PM | 20110228c Email_Delgado to Beddard |
| Gov-98 | Yes | 9/13/2016 12:29 PM | 9/13/2016 12:29 PM | 20110301a Email_Delgado to Beddard |
| Gov-99 | Yes | 9/13/2016 12:31 PM | 9/13/2016 12:31 PM | 20110301b Email_Miller to Beddard |
| Gov-100 | Yes | 9/13/2016 12:33 PM | 9/13/2016 12:33 PM | 20110301c Email_Beddard to Miller |
| Gov-102 | Yes | 9/13/2016 12:33 PM | 9/13/2016 12:34 PM | 20110306 Email_Beddard to Delgado |
| Gov-103 | Yes | 9/13/2016 12:39 PM | 9/13/2016 12:40 PM | 20110307a Email_Delgado to Beddard |
| Gov-104 | Yes | 9/13/2016 12:42 PM | 9/13/2016 12:42 PM | 20110307b Email_Delgado to Beddard |
| Gov-105 | Yes | 9/13/2016 12:44 PM | 9/13/2016 12:44 PM | 20110310 Email_Burgueno to Delgado |
| Gov-106 | Yes | 9/13/2016 12:45 PM | 9/13/2016 12:46 PM | 20110317a Email_Beddard to Girued |
| Gov-107 | Yes | 9/13/2016 12:47 PM | 9/13/2016 12:47 PM | 20110317b Email_Beddard to Girued |
| Gov-108 | Yes | 9/13/2016 | 9/13/2016 | 20110321 Email_Miller to Beddard |

| | | 12:49 PM | 12:50 PM | |
|---|---|---|---|---|
| Gov-109 | Yes | 9/13/2016 2:02 PM | 9/13/2016 2:02 PM | 20110324a Email_Beddard to Gireud |
| Gov-110 | Yes | 9/13/2016 2:06 PM | 9/13/2016 2:06 PM | 20110324b Email_Delgado to Beddard |
| Gov-111 | Yes | 9/13/2016 2:07 PM | 9/13/2016 2:07 PM | 20110328a Email_Delgado to Beddard |
| Gov-112 | Yes | 9/13/2016 2:16 PM | 9/13/2016 2:16 PM | 20110328b Email_Beddard to Altamura |
| Gov-112-A | Yes | 9/13/2016 2:16 PM | 9/13/2016 2:16 PM | 20110328b Email_Beddard to altamura (translation) |
| Gov-113 | Yes | 9/13/2016 2:18 PM | 9/13/2016 2:18 PM | 20110329 Email_Beddard to Girued |
| Gov-115 | Yes | 9/13/2016 2:20 PM | 9/15/2016 11:49 AM | 20110330b Email_Beddard to Miller |
| Gov-117 | Yes | 9/13/2016 2:22 PM | 9/13/2016 2:22 PM | 20110408a Email_Delgado to Beddard |
| Gov-118 | Yes | 9/13/2016 2:24 PM | 9/13/2016 2:24 PM | 20110408b Email_Delgado to Beddard |
| Gov-119 | Yes | 9/15/2016 11:51 AM | 9/15/2016 11:52 AM | 20110408c Email_Miller to Gireud |
| Gov-120 | Yes | 9/16/2016 5:51 PM | 9/16/2016 5:51 PM | 20110408d Email_Delgado to Gireud |
| Gov-121 | Yes | 9/13/2016 2:26 PM | 9/13/2016 2:26 PM | 20110410a Email_Delgado to Beddad |
| Gov-122 | Yes | 9/13/2016 2:30 PM | 9/13/2016 2:31 PM | 20110410b Email_Altamur to Delgado |
| Gov-123 | Yes | 9/13/2016 2:33 PM | 9/13/2016 2:33 PM | 20110411a Email_Delgado to Altamura |
| Gov-124 | Yes | 9/13/2016 2:37 PM | 9/13/2016 2:37 PM | 20110411b Email_Altamura to Delgado |
| Gov-125 | Yes | 9/13/2016 2:38 PM | 9/13/2016 2:39 PM | 20110412 Email_Delgado to Altamure |
| Gov-126 | Yes | 9/15/2016 11:56 AM | 9/15/2016 11:56 AM | 20110415a Email_Delgado to Moreno |
| Gov-126-A | Yes | 9/15/2016 11:56 AM | 9/15/2016 11:56 AM | 20110415a Email_Delgado to Moreno (translation) |
| Gov-131 | Yes | 9/16/2016 5:52 PM | 9/16/2016 5:53 PM | 20111011 Email_Miller to Gireud |
| Gov-132 | Yes | 9/20/2016 9:15 AM | 9/20/2016 9:15 AM | 20111109 Email_Miller to Gireud |
| Gov-136 | Yes | 9/15/2016 11:10 AM | 9/15/2016 11:10 AM | 2010 Tax Record |
| Gov-137 | Yes | 9/15/2016 11:11 AM | 9/15/2016 11:11 AM | 2011 Tax Record |
| Gov-139 | Yes | 9/16/2016 12:43 PM | 9/16/2016 12:43 PM | Medlock Emails |
| Gov-140 | Yes | 9/16/2016 3:23 PM | 9/16/2016 3:23 PM | 20100603 Email_Delgado to Gabriel |
| Gov-140-A | Yes | 9/16/2016 3:24 PM | 9/16/2016 3:24 PM | 20100603 Email_Delgado to Gabriel (translation) |
| Gov-141 | Yes | 9/16/2016 3:19 PM | 9/16/2016 3:20 PM | 20110121 Email_Emmanuel Magana to Delgado |
| Gov-141-A | Yes | 9/16/2016 3:20 PM | 9/16/2016 3:20 PM | 20110121 Email_Emmanuel Magana to Delgado (translation) |
| Gov-142 | Yes | 9/20/2016 2:46 PM | 9/20/2016 2:46 PM | Standard Charter |

| | | | | |
|---|---|---|---|---|
| Gov-143 | Yes | 9/16/2016 11:55 AM | 9/16/2016 11:55 AM | Wells Fargo Records - Wires |
| Gov-144 | Yes | 9/13/2016 9:42 AM | 9/13/2016 9:42 AM | Wells Fargo records for FGG's account |
| Gov-145 | Yes | 9/19/2016 8:46 AM | 9/19/2016 8:46 AM | Medlock Records |
| Gov-146 | Yes | 9/15/2016 11:27 AM | 9/15/2016 11:27 AM | Charlotte Documents |
| Gov-147 | Yes | 9/15/2016 11:01 AM | 9/15/2016 11:01 AM | Rio Bravo Title Docs |
| Gov-148 | Yes | 9/16/2016 3:50 PM | 9/16/2016 3:50 PM | Rudolph Chevy |
| Gov-149 | Yes | 9/16/2016 3:50 PM | 9/16/2016 3:50 PM | Land Rover of Albuquerque |
| Gov-150 | Yes | 9/15/2016 12:02 PM | 9/15/2016 12:02 PM | NM Title Business Records Affidvit |
| Gov-151 | Yes | 9/15/2016 11:31 AM | 9/15/2016 11:31 AM | carnegie mellon |
| Gov-152 | Yes | 9/15/2016 11:31 AM | 9/15/2016 11:31 AM | Bowdoin College |
| Gov-153 | Yes | 9/16/2016 3:34 PM | 9/16/2016 3:34 PM | Photos of Kandahar Apt #19 |
| Gov-154 | Yes | 9/16/2016 3:52 PM | 9/16/2016 3:52 PM | Photo of Jeep |
| Gov-155 | Yes | 9/16/2016 3:51 PM | 9/16/2016 3:51 PM | Photo of Range Rover |
| Gov-156 | Yes | 9/16/2016 3:51 PM | 9/16/2016 3:51 PM | Photo of Suburban |
| Gov-157 | Yes | 9/16/2016 3:36 PM | 9/16/2016 3:36 PM | Photos 1109 Cerrito Feliz |
| Gov-158 | Yes | 9/16/2016 11:55 AM | 9/16/2016 11:55 AM | WF |
| Def-163 | Yes | 9/15/2016 12:26 PM | 9/15/2016 12:28 PM | Gireud Proffer |
| Def-167 | Yes | 9/20/2016 10:43 AM | 9/20/2016 10:43 AM | Check to Miller |
| Def-172 | Yes | 9/20/2016 2:10 PM | 9/20/2016 2:10 PM | Mits CFE Agmnt 2013 |
| Def-193 | Yes | 9/15/2016 2:08 PM | 9/15/2016 2:08 PM | 2010 1099 FGG Tax Returns |
| Def-193-a | Yes | 9/15/2016 2:04 PM | 9/15/2016 2:04 PM | Gireud 1040 2010 |
| Def-194 | Yes | 9/15/2016 12:55 PM | 9/15/2016 12:55 PM | Wells Fargo Statement 04 01 10 |
| Def-195 | Yes | 9/15/2016 2:02 PM | 9/15/2016 2:02 PM | Wells Fargo Statement 06 01 11 |
| Def-199 | Yes | 9/14/2016 11:52 AM | 9/14/2016 11:56 AM | Addendum 1 to Teaming Agreement |
| Def-201 | Yes | 9/16/2016 10:05 AM | 9/16/2016 10:06 AM | Consulting Service Invoice 12 31 2009 |
| Def-202 | Yes | 9/16/2016 10:10 AM | 9/16/2016 10:10 AM | Consulting Service Invoice 01 31 2010 |
| Def-203 | Yes | 9/16/2016 10:19 AM | 9/16/2016 10:19 AM | Expense Report Invoice 12 31 09.pdf |
| Def-204 | Yes | 9/16/2016 10:52 AM | 9/16/2016 10:53 AM | Expense Report Invoice 01 29 09 |
| Def-205 | Yes | 9/16/2016 | 9/16/2016 | Email Gireud to Ponce 12 08 09 |

| Def-206 | Yes | 9/20/2016 9:46 AM | 9/20/2016 9:46 AM | MMiller Check 06 2011 |
| Def-207 | Yes | 9/20/2016 9:46 AM | 9/20/2016 9:46 AM | MMiller Check 07 2011 |