# VERDICT FORM

## COUNT ONE
### (Wire Fraud – 18 U.S.C. § 1343)

As to the charge of Wire Fraud involving wire transfer, on March 8, 2010, of funds in the amount of approximately twenty million dollars ($20,000,000) from a bank account in the Republic of Mexico to a bank in the Turks and Caicos Islands, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty    \_\_\_✓\_\_\_ Guilty

## COUNT TWO
### (Wire Fraud – 18 U.S.C. § 1343)

As to the charge of Wire Fraud involving wire transfer, on July 6, 2010, of funds in the amount of approximately twelve million dollars ($12,000,000) from a bank account in the Republic of Mexico to a bank in the Turks and Caicos Islands, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty    \_\_\_✓\_\_\_ Guilty

## COUNT THREE
### (Wire Fraud – 18 U.S.C. § 1343)

As to the charge of Wire Fraud involving email, on February 11, 2010, containing a letter from F.J.G., as president of FGG, to an

MPSA Vice President of New Projects, stating that "MPSA will not be responsible for any Letter of Credit," we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty     \_\_\_✓\_\_\_ Guilty

### COUNT FOUR
### (Money Laundering – International Concealing or Disguising – 18 U.S.C. § 1956(a)(2)(B)(i))

As to the charge of Money Laundering involving transmission or transfer, on or about October 26, 2010, of funds in the amount of approximately $150,000.00 from an account in the Turks and Caicos Islands to an account in El Paso, Texas, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty     \_\_\_✓\_\_\_ Guilty

### COUNT FIVE
### (Money Laundering – International Concealing or Disguising – 18 U.S.C. § 1956(a)(2)(B)(i))

As to the charge of Money Laundering involving transmission or transfer, on or about December 15, 2010, of funds in the amount of approximately $100,000.00 from an account in the Turks and Caicos Islands to an account in El Paso, Texas, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty     \_\_\_✓\_\_\_ Guilty

## COUNT SIX
### (Money Laundering – International Concealing or Disguising – 18 U.S.C. § 1956(a)(2)(B)(i))

As to the charge of Money Laundering involving transmission or transfer, on or about February 1, 2011, of funds in the amount of approximately $70,000.00 from an account in the Turks and Caicos Islands to an account in El Paso, Texas, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty     ____✓____ Guilty

## COUNT SEVEN
### (Money Laundering – International Concealing or Disguising – 18 U.S.C. § 1956(a)(2)(B)(i))

As to the charge of Money Laundering involving transmission or transfer, on or about February 23, 2011, of funds in the amount of approximately $150,000.00 from an account in the Turks and Caicos Islands to an account in El Paso, Texas, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty     ____✓____ Guilty

## COUNT EIGHT
### (Money Laundering – International Concealing or Disguising – 18 U.S.C. § 1956(a)(2)(B)(i))

As to the charge of Money Laundering involving transmission or transfer, on or about April 7, 2011, of funds in the amount of

approximately $75,000.00 from an account in the Turks and Caicos Islands to an account in El Paso, Texas, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty     ___✓___ Guilty

## COUNT NINE
(Money Laundering – International Concealing or Disguising – 18 U.S.C. § 1956(a)(2)(B)(i))

As to the charge of Money Laundering involving transmission or transfer, on or about May 25, 2011, of funds in the amount of approximately $50,000.00 from an account in the Turks and Caicos Islands to an account in El Paso, Texas, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty     ___✓___ Guilty

## COUNT TEN
(Money Laundering – – International Concealing or Disguising – 18 U.S.C. § 1956(a)(2)(B)(i))

As to the charge of Money Laundering involving transmission or transfer, on or about June 27, 2011, of funds in the amount of approximately $50,000.00 from an account in the Turks and Caicos Islands to an account in El Paso, Texas, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty     ___✓___ Guilty

## COUNT ELEVEN
### (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity – 18 U.S.C. § 1957)

As to the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity involving transfer, on or about May 19, 2010, of approximately $375,000.00 from an account in the Turks and Caicos Islands to a Wells Fargo account in the United States, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty     \_\_\_✓\_\_\_ Guilty

## COUNT TWELVE
### (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity – 18 U.S.C. § 1957)

As to the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity involving transfer, on or about July 14, 2010, of approximately $200,000.00 from an account in the Turks and Caicos Islands to a Mellon Bank account in the United States, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty     \_\_\_✓\_\_\_ Guilty

**COUNT THIRTEEN**
**(Engaging in Monetary Transactions**
**in Property Derived from Specified Unlawful Activity – 18**
**U.S.C. § 1957)**

As to the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity involving transfer, on or about August 6, 2010, of approximately $70,000.00 from an account in the Turks and Caicos Islands to a Bank of the West account in the United States, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty        \_\_\_✓\_\_\_ Guilty

**COUNT FOURTEEN**
**(Engaging in Monetary Transactions**
**in Property Derived from Specified Unlawful Activity – 18**
**U.S.C. § 1957)**

As to the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity involving transfer, on or about December 10, 2010, of approximately $200,000.00 from an account in the Turks and Caicos Islands to a Bank of the West account in the United States, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty        \_\_\_✓\_\_\_ Guilty

## COUNT FIFTEEN
### (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity – 18 U.S.C. § 1957)

As to the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity involving transfer, on or about March 17, 2011, of approximately $152,000.00 from an account in the Turks and Caicos Islands to a Centinel Bank of Taos account in the United States, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty    \_\_\_\_✓\_\_\_\_ Guilty

## COUNT SIXTEEN
### (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity – 18 U.S.C. § 1957)

As to the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity involving transfer, on or about June 2, 2011, of approximately $40,000.00 from an account in the Turks and Caicos Islands to a Bank of the West account in the United States, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty    \_\_\_\_✓\_\_\_\_ Guilty

## COUNT SEVENTEEN
### (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity – 18 U.S.C. § 1957)

As to the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity involving transfer, on or about January 5, 2012, of approximately $59,151.27 from an account in the Turks and Caicos Islands to a Compass Bank account in the United States, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty      \_\_\_✓\_\_\_ Guilty

## COUNT EIGHTEEN
### (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity – 18 U.S.C. § 1957)

As to the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity involving transfer, on or about March 30, 2012, of approximately $46,655.00 from an account in the Turks and Caicos Islands to a WestStar Bank account in the United States, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty      \_\_\_✓\_\_\_ Guilty

## COUNT NINETEEN
### (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity – 18 U.S.C. § 1957)

As to the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity involving transfer, on or about September 27, 2012, of approximately $150,000.00 from an account in the Turks and Caicos Islands to a Wells Fargo account in the El Paso, Texas, we the Jury unanimously find MARCO ANTONIO DELGADO:

_____ Not Guilty        ✓ _____ Guilty

Dated this \_\_21\_\_ of September 2016, at El Paso, Texas.

_____
Foreperson