IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

VOLUME 1 OF 1

| | |
|---|---|
| UNITED STATES OF AMERICA | EP:13-CR-0370-DCG |
| v. | EL PASO, TEXAS |
| MARCO ANTONIO DELGADO | September 21, 2016 |

**JURY NOTE/VERDICT/JURY POLLED**
THE HONORABLE DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:  Debra Kanof
                     Anna Arreola
                     Jose Luis Gonzales
                     Assistant United States Attorney
                     700 East San Antonio, Suite 200
                     El Paso, Texas 79901

For the Defendant:   Maureen Franco
                     Erik Hanshew
                     Assistant Federal Public Defender
                     700 E. San Antonio, Suite 410
                     El Paso, Texas  79901

Court Reporter:      Kathleen A. Supnet
                     El Paso, Texas
                     (915)834-0573
                     kathi.supnet5303@gmail.com

Proceedings reported by mechanical stenography, transcript produced by computer-aided software and computer.

1            (Proceedings begin at 2:21 p.m.)
2            (Jury not present.)
3                          JURY NOTE
4            THE COURT:  I received the following note from the
5    jury.
6            "What is an IOLTA Trust?  In parenthesis, (FGG
7    Enterprises LLC tax corrections), what exhibit number is it"?
8            Do you-all want to take a look at it and see what we
9    ought to answer?
10           MR. HANSHEW:  My only suggestion would be refer them
11   to the evidence.
12           THE COURT:  Well, I thought I'd answer it, the law
13   prohibits me from providing an answer to either of the questions
14   that you asked.
15           MS. KANOF:  I couldn't hear.
16           THE COURT:  These kingdoms that they build in federal
17   court sometimes are obstructive.
18           MS. KANOF:  I still can't hear you.  I know I'm having
19   an issue.
20           Yeah, I think that's an appropriate response.
21           MR. HANSHEW:  No, objection.
22           MS. KANOF:  Yeah, no objection to the response, Your
23   Honor.
24           THE COURT:  The Court proposes to answer:  "The law
25   prohibits me from providing an answer to either of the questions

1  that you ask."
2           And if you are in agreement, if you would just sign in
3  the space provided for you.
4           Mr. Hanshew, would you waive any right that there
5  might be to have the jury brought back in to open court and read
6  the answer back in court and just to have me simply send back
7  the answer?
8           MR. HANSHEW:  Yes, Your Honor.
9           MS. KANOF:  We, as well, Your Honor.
10          MR. HANSHEW:  No objection.  We waive.
11          THE COURT:  All right.
12          Mr. Heidman, if you'd take that back?
13          (Juror Note sent back to the jury at 2:24 p.m.)
14          (Proceedings begin at 2:57 p.m.)
15          (Jury not present.)
16          THE COURT:  All right.  Ms. Arreola, did you say you
17 wanted to put something on the record?
18          MS. ARREOLA:  Yes, Your Honor.
19          Regarding the forfeiture, I spoke with Mr. Hanshew a
20 few days ago and he represented that his client would not be
21 seeking a jury trial on the forfeiture in the event of a
22 conviction, and I wanted to make sure the record reflected that.
23          MR. HANSHEW:  That's correct, Judge.
24          THE COURT:  All right.
25          I think the jury's indicated they have a verdict.

1          COURT SECURITY OFFICER HEIDMAN:  Yes, sir.
2          THE COURT:  So I think we're all here.  Probation's
3  here.  So let's go.
4          COURT SECURITY OFFICER HEIDMANN:  Yes, sir.
5          (Jury present.)
6          THE COURT:  Let the record reflect that all members of
7  the jury are present, the United State's assistant attorneys are
8  present, the defendant and his counsel is present.
9          Mr. Arrieta, I received a note indicating the jury has
10 reached a verdict; is that correct?
11         JUROR ARRIETA:  Yes, Your Honor.
12         THE COURT:  And is this the unanimous verdict of the
13 jury?
14         JUROR ARRIETA:  Yes, Your Honor.
15         THE COURT:  Would you hand the charge and verdict
16 forms to my bailiff?
17         COURTROOM SECURITY OFFICER HEIDMAN:  Thank you.
18         THE COURT:  All right.
19         If the defendant would rise, please?
20                            VERDICT
21         THE COURT:  Count One:  As to the charge of wire fraud
22 involving wire transfer on March 8th, 2010, of funds in the
23 amount of approximately $20-million from a bank account in the
24 Republic of Mexico to bank in the Turks & Caicos Islands, we the
25 jury unanimously find Marco Antonio Delgado guilty.

1         Count Two:  As to the charge of wire fraud involving
2    wire transfer on July 6th, 2010, of funds in the amount of
3    approximately $12-million from a bank account in the Republic of
4    Mexico to a bank in the Turks & Caicos Islands, we the jury
5    unanimously find Marco Antonio Delgado guilty.
6         Count Three:  As to the charge of wire fraud involving
7    e-mail on February 11, 2010, containing a letter from F.J.G., as
8    president of FGG, to MPSA Vice President of New Projects,
9    stating that MPSA will not be responsible for any letter of
10   credit, we the jury unanimously find Marco Antonio Delgado
11   guilty.
12        Count Four:  As to the charge of money laundering
13   involving transmission or transfer, on or about October 26,
14   2010, of funds in the amount of approximately $150,000.00 from
15   an account in the Turks & Caicos Islands to an account in
16   El Paso, Texas, we the jury unanimously find Marco Antonio
17   Delgado guilty.
18        As to the charge of money laundering involving
19   transmission or transfer, on or about December 15th, 2010, of
20   funds in the amount of approximately $100,000.00 from an account
21   in the Turks & Caicos Islands to an account to El Paso, Texas,
22   we the jury unanimously find Marco Antonio Delgado guilty.
23        As to the charge of money laundered involving
24   transmission -- this is Count Six -- as to the charge of money
25   laundering involving transmission or transfer, on or about

1    February 1st, 2011, of funds in the amount of approximately
2    $70,000.00 from an account in the Turks & Caicos Islands to an
3    account in El Paso, Texas, we the jury unanimously find Marco
4    Antonio Delgado guilty.
5           Count Seven:  As to the charge of money laundering
6    involving transmission or transfer, on or about February 23rd,
7    2011, of funds in the amount of approximately $150,000.00 from
8    an account in the Turks & Caicos Islands to an account in
9    El Paso, Texas, we the jury unanimously find Marco Antonio
10   Delgado guilty.
11          Count Eight:  As to the charge of money laundering
12   involving transmission or transfer, on or about April 7th, 2011,
13   of funds in the amount of approximately $75,000.00 from an
14   account in the Turks & Caicos Islands to an account in El Paso,
15   Texas, we the jury unanimously find Marco Antonio Delgado
16   guilty.
17          Count Nine:  As to the charge of money laundering
18   involving transmission or transfer, on or about May 25th, 2011,
19   of funds in the amount of approximately $50,000.00 from an
20   account in the Turks & Caicos Islands to an account in El Paso,
21   Texas, we the jury unanimously find Marco Antonio Delgado
22   guilty.
23          Count Ten:  As to the charge of money laundering
24   involving transmission or transfer, on or about June 27th, 2011,
25   of funds in the amount of approximately $50,000.00 from an

1   account in the Turks & Caicos Islands to an account in El Paso,
2   Texas, we the jury unanimously find Marco Antonio Delgado
3   guilty.
4            Count Eleven:  As to the charge of Engaging in
5   Monetary Transactions in Property Derived from Specified
6   Unlawful Activity involving transfer, on or about May 19th,
7   2010, of approximately $375,000.00 from an account in the Turks
8   & Caicos Islands to a Wells Fargo account in the United States,
9   we the jury unanimously find Marco Antonio Delgado guilty.
10           Count Twelve:  As to the charge of Engaging in
11  Monetary Transactions in Property Derived from Specified
12  Unlawful Activity involving transfer, on or about July 14th,
13  2010, of approximately $200,000.00 from an account in the Turks
14  & Caicos Islands to a Mellon Bank account in the United States,
15  we the jury unanimously find Marco Antonio Delgado guilty.
16           Count Thirteen:  As to the charge of Engaging in
17  Monetary Transactions in Property Derived from Specified
18  Unlawful Activity involving transfer, on or about August 6,
19  2010, of approximately $70,000.00 from an account in the Turks &
20  Caicos Islands to a Bank of the West account in the United
21  States, we the jury unanimously find Marco Antonio Delgado
22  guilty.
23           Count Fourteen:  As to the charge of Engaging in
24  Monetary Transactions in Property Derived from Specified
25  Unlawful Activity involving transfer, on or about December 10th

```
 1    of 2010, of approximately $200,000.00 from an account in the
 2    Turks & Caicos Islands to a Bank of the West account in the
 3    United States, we the jury unanimously find Marco Antonio
 4    Delgado guilty.
 5              Count Fifteen:  As to the charge of Engaging in
 6    Monetary Transactions in Property Derived from Specified
 7    Unlawful Activity involving transfer, on or about March 17th,
 8    2011, of approximately $152,000.00 from an account in the Turks
 9    & Caicos Islands to a Centinel Bank of Taos account in the
10    United States, we the jury unanimously find Marco Antonio
11    Delgado guilty.
12              Count Sixteen:  As to the charge of Engaging in
13    Monetary Transactions in Property Derived from Specified
14    Unlawful Activity involving transfer, on or about June 2nd,
15    2011, of approximately $40,000.00 from an account in the Turks &
16    Caicos Islands to a Bank of the West account in the United
17    States, we the jury unanimously find Marco Antonio Delgado
18    guilty.
19              Count Seventeen:  As to the charge of Engaging in
20    Monetary Transactions in Property Derived from a Specified
21    Unlawful Activity involving transfer, on or about January 5th of
22    2012, of approximately $59,151.27 from an account in the Turks &
23    Caicos Islands to a Compass Bank account in the United States,
24    we the jury unanimously find Marco Antonio Delgado guilty.
25              As to the charge of Engaging in Monetary Transactions
```

in Property Derived from a Specified Unlawful Activity involving transfer, on or about March 30th, 2012, of approximately $46,655.00 from an account in the Turks & Caicos Islands to a WestStar Bank account in the United States, we the jury unanimously find Marco Antonio Delgado guilty.

As to the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity involving transfer on or about September 27th, 2012, of approximately $150,000.00 from an account in the Turks & Caicos Islands to a Wells Fargo account in El Paso, Texas, we the jury unanimously find Marco Antonio Delgado guilty.

Dated the 21st day of September, 2016, at El Paso, Texas; signed by the jury foreperson.

Does either side wish to have the jury polled?

MS. FRANCO:  Yes, Your Honor.

MR. HANSHEW:  Yes, Your Honor.

THE COURT:  All right.  You may be seated.  Thank you.

Ladies and gentlemen of the jury, you heard the verdict as read by the Court, guilty on all counts, 19 counts, and I would ask each one of you is this your verdict.

JURY POLLED

THE COURT:  Juror Number 1, is this your verdict?

JUROR NO. 1:  Yes, Your Honor.

THE COURT:  Juror Number 2, is this your verdict?

JUROR NO. 2:  Yes, Your Honor.

1       THE COURT:  Juror Number 3, is this your verdict?
2       JUROR NO. 3:  Yes, sir, Your Honor.
3       THE COURT:  Juror Number 4, is this your verdict?
4       JUROR NO. 4:  Yes, Your Honor.
5       THE COURT:  Juror Number 5, is this your verdict?
6       JUROR NO. 5:  Yes, Your Honor.
7       THE COURT:  Juror Number 6, is this your verdict?
8       JUROR NO. 6:  Yes, Your Honor.
9       THE COURT:  Juror Number 7, is this your verdict?
10      JUROR NO. 7:  Yes, Your Honor.
11      THE COURT:  Juror Number 8, is this your verdict?
12      JUROR NO. 8:  Yes, Your Honor.
13      THE COURT:  Juror Number 9, is this your verdict?
14      JUROR NO. 9:  Yes, Your Honor.
15      THE COURT:  Juror Number 10, is this your verdict?
16      JUROR NO. 10:  Yes, Your Honor.
17      THE COURT:  Juror Number 11, is this your verdict?
18      JUROR NO. 11:  Yes, sir.
19      THE COURT:  Juror Number 12, is this your verdict?
20      JUROR NO. 12:  Yes, Your Honor.
21      THE COURT:  Very well.
22              At this time, the Court receives and accepts the
23      jury's verdict in this case.
24              With that, this discharges your service as jurors.  I
25      am relieving you of the obligations I placed on you earlier

1  about not discussing the case with anyone.  You're free to
2  discuss the case with whomever you want.  You're also free to
3  refuse to discuss the case if that's what you wish to do.
4          On behalf of all of us involved in this trial, I thank
5  you for your service, and on behalf of the citizens of our
6  community, I thank you for your service.
7          I'll be back in a few moments to thank you personally.
8  I would ask you just to wait in the jury room for just a few
9  moments while we conclude our business in the courtroom.
10         COURT SECURITY OFFICER HEIDMAN:  All rise.
11         (Jury excused at 3:11 p.m.)
12         THE COURT:  All right.
13         Mr. Delgado, a jury of your peers having found you
14 guilty on all 19 counts, it is the judgment then that you are
15 guilty of the charges that were made against you in the
16 superseding indictment in those 19 counts.
17         The next proceeding will be a sentencing hearing.  And
18 probation is here to tell us who will be in charge of preparing
19 that report.
20         PROBATION OFFICER TORRES:  Good afternoon, Your Honor.
21 Sandra Torres, U.S. Probation.  I will be preparing the
22 presentence report in this case.
23         THE COURT:  All right.  Thank you, Ms. Torres.
24         And so Mr. Delgado, your next hearing I'm guessing
25 will be somewhere around 60 days from now; maybe, a little

1  sooner, maybe, a little bit later.  You'll be notified of that
2  date either through your attorneys or through someone in your
3  attorneys' office.
4          Anything further from the defense?
5          MR. HANSHEW:  No, Your Honor.
6          THE COURT:  From the government?
7          MS. KANOF:  Nothing further, Your Honor.
8          THE COURT:  All right.
9          Did either of you wish to go back and speak with the
10 jury?
11         MS. KANOF:  I do not, Your Honor.
12         THE COURT:  You do not?
13         Ms. Arreola?
14         MR. ARREOLA:  No, Your Honor.  Thank you.
15         THE COURT:  Mr. Hanshew?
16         MR. HANSHEW:  We wouldn't mind, Judge.
17         THE COURT:  You would?  Okay.  All right.
18         If you'd just give me a minute, I'll go back and thank
19 them.  I'll ask them, those that want to stay and talk, to stay;
20 those that don't, can leave.
21         MR. HANSHEW:  All right.  Thank you, Judge.
22         THE COURT:  All right.  Thank you.
23         We are adjourned.
24         COURT SECURITY OFFICER HEIDMAN:  All rise.
25         (Proceedings conclude at 3:13 p.m.)

KATHLEEN A. SUPNET, CSR

```
                              * * * * *

         I certify that the foregoing is a correct transcript
from the record of proceedings in the above-entitled matter.  I
further certify that the transcript fees and format comply with
those prescribed by the Court and the Judicial Conference of the
United States.

Signature:/S/KATHLEEN A. SUPNET          September 27, 2017
          Kathleen A. Supnet, CSR        Date
```