IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

UNITED STATES OF AMERICA )
)
v. ) EP-13-CR-0370-DB
)
MARCO ANTONIO DELGADO )

### NOTICE OF APPEAL

COMES NOW, MARCO ANTONIO DELGADO, by and through his undersigned attorney, and hereby gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment and Sentence in the Criminal Case.  Mr. Delgado also hereby gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Amended Order of Money Judgement entered on October 10, 2017 (CM/ECF Docket No. 287).

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender
/s/
ERIK HANSHEW
Assistant Federal Public Defender
Western District of Texas
Richard C. White Federal Building
700 E.  San Antonio Street, Suite D-401
El Paso, Texas 79901

*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was furnished to Anna Arreola, Assistant United States Attorney for the Western District of Texas, Richard C. White Federal Building, 700 E.  San Antonio St., Suite 200, El Paso, Texas 79901, on this  12th day of October, 2017.

 /s/
ERIK HANSHEW
*Attorney for Defendant*