READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING
## TRANSCRIPT ORDER FORM

District Court: **Western District of Texas, El Paso div.**   District Court Docket No. **3:13-CR-370(1) DCG**

Short Case Title: **US v Marco Antonio Delgado**   Court Reporter: _____

**ONLY ONE COURT REPORTER PER FORM**

Date Notice of Appeal Filed by Clerk of District Court: **10/12/2017**   Court of Appeals No.: **17-50919**

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete the Following:**
☐No Hearings  ☐Transcript is unnecessary for appeal purposes  ■Transcript is already on file in the Clerk's Office
or

**Check All of the Following that Apply, Enter the date of the proceeding in the blank line.**
This is to Order a Transcript of the following proceedings: ☐Bail Hearing: _____  ☐Voir Dire: _____
☐Opening Statement of Plaintiff: _____   ☐Opening Statement of Defendant: _____
☐Closing Argument of Plaintiff: _____   ☐Closing Argument of Defendant: _____
☐Opinion of court: _____   ☐Jury Instructions: _____   ☐Sentencing: _____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 7/31 & 8/21/14 | Motion hrg. | Honorable David Briones |
| 6/18/15 | Status Conf. | Honorable David Briones |
| 5/17/16 | Status Conf. | Honorable David C. Guaderrama |
| 9/15 & 9/21/16 | Jury Trial | Honorable David C. Guaderrama |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the transcript.** The method of payment will be:
☐Private Funds;  ☐Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐Other IFP Funds;  ☐Advance Payment waived by reporter;  ☐U.S. Government Funds
■Other __**Invoice FPD**__

Signature _(signed)_   Date Transcript Ordered **11/3/2017**
Print Name **Donna F. Coltharp**   Phone: **(210) 472-6700**
Counsel for **Marco Antonio Delgado**
Address **727 E. Cesar E. Chavez Blvd., Ste. B-207, San Antonio, TX 78206**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

☐Satisfactory Arrangements for payment were made on _____
☐ Payment Arrangements have NOT been made. Reason: ☐Deposit not received  ☐Unable to contact ordering party
  ☐Other (Specify) _____

Date: _____   Signature of Reporter: _____   Tel. _____
Address of Reporter: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____   Actual Number of Volumes: _____

Date: _____   Signature of Reporter: _____