READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING   11-9-17 BG

# TRANSCRIPT ORDER FORM

District Court: <u>Western District of Texas, El Paso div.</u>   District Court Docket No. <u>3:13-CR-370(1) DCG</u>

Short Case Title: <u>US v Marco Antonio Delgado</u>   Court Reporter: <u>ERO</u>

**ONLY ONE COURT REPORTER PER FORM**

Date Notice of Appeal Filed by Clerk of District Court: <u>10/12/2017</u>   Court of Appeals No.: <u>17-50919</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete the Following:**

☐ No Hearings   ☐ Transcript is unnecessary for appeal purposes   ☐ Transcript is already on file in the Clerk's Office

or

**Check All of the Following that Apply, Enter the date of the proceeding in the blank line.**

This is to Order a Transcript of the following proceedings:   ☐ Bail Hearing: _____   ☐ Voir Dire:

☐ Opening Statement of Plaintiff: _____   ☐ Opening Statement of Defendant: _____

☐ Closing Argument of Plaintiff: _____   ☐ Closing Argument of Defendant: _____

☐ Opinion of court: _____   ☐ Jury Instructions: _____   ☐ Sentencing: _____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 1/6/14 | Attorney Appointment hrg. | Honorable Miguel A. Torres |
|  |  |  |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the transcript. The method of payment will be:

☐ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);

☐ Other IFP Funds;   ☐ Advance Payment waived by reporter;   ☐ U.S. Government Funds

☒ Other <u>Invoice FPD</u>

Signature _[signature]_   Date Transcript Ordered <u>11/3/2017</u>

Print Name <u>Donna F. Coltharp</u>   Phone: <u>(210) 472-6700</u>

Counsel for <u>Marco Antonio Delgado</u>

Address <u>727 E. Cesar E. Chavez Blvd., Ste. B-207, San Antonio, TX 78206</u>

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

☐ Satisfactory Arrangements for payment were made on _____

☐ Payment Arrangements have NOT been made. Reason:   ☐ Deposit not received   ☐ Unable to contact ordering party

☐ Other (Specify) _____

Date: _____   Signature of Reporter: _____   Tel. _____

Address of Reporter: _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____   Actual Number of Volumes: _____

Date: _____   Signature of Reporter: _____

| AO 435 (Rev. 03/08) (WDTX Mod. 6/5/08) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| 1. NAME Donna F. Coltharp, Deputy FPD | 2. PHONE NUMBER (210) 472-6700 | | 3. DATE 11/3/2017 |
| 4. MAILING ADDRESS 727 E. Cesar E. Chavez Blvd., B-207 | 5. CITY San Antonio | 6. STATE TX | 7. ZIP CODE 78206 |
| 8. CASE NUMBER 3:13-CR-370(1) DCG | 9. JUDGE Hon. Miguel A. Torres | DATES OF PROCEEDINGS | |
| | | 10. FROM 1/6/2014 | 11. TO 1/6/2014 |
| 12. CASE NAME U.S. v. Marco Antonio Delgado | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY El Paso | 14. STATE TX |

15. ORDER FOR
[X] APPEAL   [X] CRIMINAL   [ ] CRIMINAL JUSTICE ACT   [ ] BANKRUPTCY
[ ] NON-APPEAL   [ ] CIVIL   [ ] IN FORMA PAUPERIS   [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Atty. Appt. hrg. | 1/6/2014 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE  /s/ Donna F. Coltharp

PROCESSED BY

19. DATE 11/3/2017

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| ORDER RECEIVED | DATE | BY | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY