READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING    11-9-17 BG

# TRANSCRIPT ORDER FORM

District Court: **Western District of Texas, El Paso div.**   District Court Docket No. **3:13-CR-370(1) DCG**

Short Case Title: **US v Marco Antonio Delgado**   Court Reporter: **Kathleen Supnet**

**ONLY ONE COURT REPORTER PER FORM**

Date Notice of Appeal Filed by Clerk of District Court: **10/12/2017**   Court of Appeals No.: **17-50919**

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete the Following:**
☐ No Hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office
or

**Check All of the Following that Apply, Enter the date of the proceeding in the blank line.**
This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____ ☐ Voir Dire: _____
☐ Opening Statement of Plaintiff: _____ ☐ Opening Statement of Defendant: _____
☐ Closing Argument of Plaintiff: _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court: _____ ☐ Jury Instructions: _____ ☐ Sentencing: _____
**9/13-20/16 Jury Selection & Jury Trial**   **10/4/17 Rule 35(a) Correction hrg**

| Hearing Date(s) | Proceeding | | Judge/Magistrate |
|---|---|---|---|
| 7/1/15 | Docket Call | | Honorable David C. Guaderrama |
| 2/11/16 & | 2/23/16 & 9/6/16 | Status Conf. | Honorable David C. Guaderrama |
| 3/1/16 & | & 9/12/16 | Motion hrg. | Honorable David C. Guaderrama |
| 9/8/16 | | Pretrial Conf. and Motion hrg. | Honorable David C. Guaderrama |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the transcript.** The method of payment will be:
☐ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment waived by reporter;  ☐ U.S. Government Funds
☒ Other **Invoice FPD**

Signature _[signature]_   Date Transcript Ordered **11/3/2017**
Print Name **Donna F. Coltharp**   Phone: **(210) 472-6700**
Counsel for **Marco Antonio Delgado**
Address **727 E. Cesar E. Chavez Blvd., Ste. B-207, San Antonio, TX 78206**

---

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Payment Arrangements have NOT been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party
☐ Other (Specify) _____

Date: _____   Signature of Reporter: _____   Tel. _____
Address of Reporter: _____

---

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____   Actual Number of Volumes: _____

Date: _____   Signature of Reporter: _____

**AO 435** (Rev. 03/08) (WDTX Mod. 6/5/08)

Administrative Office of the United States Courts

## TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1. NAME<br>Donna F. Coltharp, Deputy FPD | 2. PHONE NUMBER<br>(210) 472-6700 | 3. DATE<br>11/3/2017 |
| 4. MAILING ADDRESS<br>727 E. Cesar E. Chavez Blvd., B-207 | 5. CITY<br>San Antonio | 6. STATE TX — 7. ZIP CODE 78206 |
| 8. CASE NUMBER<br>3:13-CR-370(1) DCG | 9. JUDGE<br>Hon. David C. Guaderamma | DATES OF PROCEEDINGS<br>10. FROM 7/1/2015 — 11. TO 10/4/2017 |
| 12. CASE NAME<br>U.S. v. Marco Antonio Delgado | LOCATION OF PROCEEDINGS<br>13. CITY El Paso — 14. STATE TX | |

**15. ORDER FOR**
- [X] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [X] VOIR DIRE | 9/13-20/16 | [ ] TESTIMONY (Specify Witness) | |
| [X] OPENING STATEMENT (Plaintiff) | 9/13-20/16 | | |
| [X] OPENING STATEMENT (Defendant) | 9/13-20/16 | | |
| [X] CLOSING ARGUMENT (Plaintiff) | 9/13-20/16 | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [X] CLOSING ARGUMENT (Defendant) | 9/13-20/16 | Docket Call | 7/1/15 |
| [X] OPINION OF COURT | 9/13-20/16 | Status Conf. hrg. | 2/11/16 & 2/23/16 & 9/6/16 |
| [X] JURY INSTRUCTIONS | 9/13-20/16 | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | Pretrial Conf & Mot. hrg. | 3/1/16 & 9/8/16 & 9/12/16 |
| [ ] BAIL HEARING | | Rule 35(a) Correction hr.g | 10/4/17 |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE *(signature)*

19. DATE
11/3/2017

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY — TRANSCRIPTION COPY — ORDER RECEIPT — ORDER COPY