```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE WESTERN DISTRICT OF TEXAS
 3                      EL PASO DIVISION
 4
 5   UNITED STATES OF AMERICA    )  No. EP-13-CR-370-DB
                                 )
 6   vs.                         )  El Paso, Texas
                                 )
 7   MARCO ANTONIO DELGADO       )  May 2, 2013
 8
 9                        DOCKET CALL
10
11
12   A P P E A R A N C E S:
13   FOR THE GOVERNMENT:  MS. J. BRANDY GARDES
                          Assistant United States Attorney
14                        700 E. San Antonio, Suite 200
                          El Paso, Texas  79901
15
16   FOR THE DEFENDANT:   MR. RAY VELARDE
                          Attorney at Law
17                        1216 Montana
                          El Paso, Texas  79902
18
19
20
21
22
23
24       Proceedings reported by stenotype.  Transcript produced by
25   computer-aided transcription.
```

```
 1              THE COURT:  Call the next case.
 2              THE CLERK:  EP-13-CR-370, Marco Antonio Delgado.
 3              MS. GARDES:  Brandy Gardes on behalf of the
 4   United States.
 5              MR. VELARDE:  Your Honor, good morning.  Ray Velarde
 6   standing in for Richard Esper and appearing in person on behalf
 7   of Marco Antonio Delgado.
 8              Your Honor, we're set for trial in another case in two
 9   weeks.  We've been engaged --
10              THE COURT:  Yeah.  You're set for --
11              MR. VELARDE:  On the 20th.
12              THE COURT:  On the 20th.
13              MR. VELARDE:  That's correct.
14              We've been involved in some discussions with the
15   Government and we should have a firm answer for the Court by
16   Monday.
17              I would ask that this matter be passed until well
18   after May the 20th.  But I'm hoping that something will
19   develop.
20              MS. GARDES:  The Government has no objection.  I did
21   check with Ms. Fielden and they are in active negotiations.
22              THE COURT:  Are you trying to resolve both of these at
23   the --
24              MR. VELARDE:  Pardon me?
25              THE COURT:  Are you trying to resolve both -- both
```

```
 1    these cases?
 2              MR. VELARDE:  Both.  Yes, sir.
 3              THE COURT:  A lot of restitution involved.  Okay.
 4              MR. VELARDE:  Thank you very much.
 5              THE COURT:  You're set for the 20th.  Okay.
 6              MR. VELARDE:  That's correct, Your Honor.  I
 7    understand.
 8              THE COURT:  How long will that trial take, Ms. Gardes,
 9    on the 20th?
10              (Ms. Gardes indicting to Mr. Velarde.)
11              MR. VELARDE:  I'd say on the outset about three, four
12    days.
13              THE COURT:  Okay.  That is not a furlough week.  We've
14    got the whole week.
15              MR. VELARDE:  Thank you.
16              MS. GARDES:  Thank you, Your Honor.
17              THE COURT:  On 13-CR-370, last pass.
18              MR. VELARDE:  Thank you very much.
19              MS. GARDES:  May I be excused, Your Honor?
20              THE COURT:  You may be excused.
21              MS. GARDES:  Thank you.
22                            * * * *
23
24
25
```

## CERTIFICATION

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.  I further certify that the transcript fees and format comply with those prescribed by the Court and the Judicial Conference of the United States.

Date:   December 6, 2017

/s/ Maria del Socorro Briggs

Maria del Socorro Briggs