```
 1                  UNITED STATES DISTRICT COURT

 2              FOR THE WESTERN DISTRICT OF TEXAS

 3                        EL PASO DIVISION

 4

 5   UNITED STATES OF AMERICA    )  No. EP-12-CR-2106-DB
                                 )      EP-13-CR-370-DB
 6                               )
     vs.                         )  El Paso, Texas
 7                               )
     MARCO ANTONIO DELGADO       )  July 3, 2013
 8

 9                          DOCKET CALL

10

11

12   A P P E A R A N C E S:

13   FOR THE GOVERNMENT:    MS. JUANITA FIELDEN &
                            MS. ANNA E. ARREOLA
14                          Assistant United States Attorneys
                            700 E. San Antonio, Suite 200
15                          El Paso, Texas   79901

16

17   FOR THE DEFENDANT:     MR. RICHARD ESPER
                            Attorney at Law
18                          801 N. El Paso Street, Suite 225
                            El Paso, Texas   79902
19

20

21

22

23

24   Proceedings reported by stenotype.  Transcript produced by

25   computer-aided transcription.
```

```
 1              THE COURT:  Call the next case.
 2              THE CLERK:  EP-12-CR-2106 and EP-13-CR-370, Marco
 3   Antonio Delgado.
 4              MS. FIELDEN:  Juanita Fielden and Anna Arreola for the
 5   Government.
 6              MR. ESPER:  Good morning, Judge Briones.  Richard
 7   Esper and Richard Esper impersonating Ray Velarde for
 8   Mr. Delgado, Your Honor.
 9              THE COURT:  I understand that the doctor wants to do
10   some follow-up, but he --
11              MR. ESPER:  Your Honor --
12              THE COURT:  I understand that he'll have something for
13   us this -- this month?
14              MR. ESPER:  I understand that he -- and Mr. Velarde's
15   been communicating with Dr. Briones and he wanted additional --
16   any and all medical records pertaining to the Defendant.  We
17   got all that to him and we also anticipate that a report may be
18   coming sometime this month.  I don't know, but I have two
19   proposals.
20              THE COURT:  Let me tell you what I'm going to do.  I'm
21   going to pass it this month because we obviously haven't made
22   that determination, but once it is made, and I anticipate that
23   he's going to be competent, it's going to be set for trial the
24   very first time it comes up again.
25              MR. ESPER:  Well, Your Honor, just so the Court knows,
```

```
 1    just so we -- just for the heads up.  The next docket call
 2    would be, I would assume, the first week of August.
 3              THE COURT:  Well, no.
 4              Ruben?
 5              THE CLERK:  August 8th, Judge.
 6              THE COURT:  August the 8th.
 7              MR. ESPER:  Okay.  Just so the Court knows, myself and
 8    Mr. Velarde and Ms. Fielden are going to be starting a lengthy
 9    trial on the 26th in Judge Montalvo's court.
10              THE COURT:  26 of?
11              MR. ESPER:  August.  So at least from my standpoint, I
12    know that if the Court sets it for a trial, we're hoping that
13    it will be sometime after that trial.
14              THE COURT:  Okay.  I'll take it up then, Mr. Esper.
15              MR. ESPER:  Thank you, Your Honor.
16              THE COURT:  You may be excused.  Pass.  Pass both
17    cases.
18                              * * * * *
```

```
 1                          CERTIFICATION
 2
 3       I certify that the foregoing is a correct transcript from
 4   the record of proceedings in the above-entitled matter.  I
 5   further certify that the transcript fees and format comply with
 6   those prescribed by the Court and the Judicial Conference of
 7   the United States.
 8
 9   Date:  December 6, 2017
10                                    /s/ Maria del Socorro Briggs
11                                    Maria del Socorro Briggs
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```