```
 1                  UNITED STATES DISTRICT COURT
 2               FOR THE WESTERN DISTRICT OF TEXAS
 3                         EL PASO DIVISION
 4
 5   UNITED STATES OF AMERICA    )  No. EP-12-CR-2106-DB
                                 )      EP-13-CR-370-DB
 6                               )
     vs.                         )  El Paso, Texas
 7                               )
     MARCO ANTONIO DELGADO       )  August 8, 2013
 8
 9                            DOCKET CALL
10
11
12   A P P E A R A N C E S:
13   FOR THE GOVERNMENT:   MS. DEBRA P. KANOF &
                           MS. ANNA E. ARREOLA
14                         Assistant United States Attorneys
                           700 E. San Antonio, Suite 200
15                         El Paso, Texas   79901
16
17   FOR THE DEFENDANT:    MR. RICHARD ESPER
                           Attorney at Law
18                         801 N. El Paso Street, Suite 225
                           El Paso, Texas   79902
19
20
21
22
23
24   Proceedings reported by stenotype.  Transcript produced by
25   computer-aided transcription.
```

```
 1              THE COURT:  Call the next case.
 2              THE CLERK: EP-12-CR-2106 and EP-13-CR-370, Marco
 3   Antonio Delgado.
 4              MS. KANOF:  Good morning, Your Honor.  Debra Kanof and
 5   Anna Arreola for the United States.
 6              MR. ESPER:  Good morning, Judge Briones.  Richard
 7   Esper for Mr. Delgado and standing in for Ray Velarde for
 8   Mr. Delgado.
 9              THE COURT:  Counsel, as you know, this thing is set
10   for later on today on the competency hearing.
11              MR. ESPER:  Yes, sir.
12              THE COURT:  I'm not going to set it now, but I'll tell
13   you what, I'm going to set it for trial, the first one at
14   least -- probably set both for trial.  Not at the same time
15   obviously.
16              You've had enough time, Mr. Esper, quite frankly.  You
17   went through the competency hearing.  I think you're just
18   stalling for time, quite frankly.
19              MR. ESPER:  Well, I disagree with that, Your Honor,
20   but --
21              THE COURT:  Well...
22              MS. KANOF:  Your Honor, we've actually, in
23   anticipation that the Court would set it, have reached an
24   agreed trial date.  I don't know if you want to hear that now
25   or if you want to wait until the competency hearing.
```

```
 1              THE COURT:  One date or two dates?
 2              MS. KANOF:  Huh?
 3              THE COURT:  One date or the second one also?
 4              MS. KANOF:  Just for the first one.  We hadn't
 5   discussed the second one.  I suppose hope springs eternal.  And
 6   if he's convicted on the first one, we would hope he would
 7   plead on the second one, but the date that we agreed to for the
 8   first one was October 21st.
 9              THE COURT:  I had penciled in September the 30th.
10   We'll discuss it on --
11              MS. KANOF:  Okay.
12              THE COURT:  At what, 11:30, I think it is?
13              MR. ESPER:  Your Honor, the reason the September 30th
14   is problematic is both Mr. Velarde and I are starting a trial
15   that's going to take three weeks on September 9th.
16              THE COURT:  Counsel, let me tell you something.  This
17   thing was set before for trial. Okay?
18              MR. ESPER:  I understand.
19              THE COURT:  You came in here at the last minute and
20   asked for a competency/psychiatric examination and I gave it to
21   you.
22              MR. ESPER:  And while I'm here --
23              THE COURT:  I suspected at the time that you were just
24   stalling for more time to talk to your client.  If he doesn't
25   want to accept it, try the case.
```

1                MR. ESPER:  Well, Your Honor, we're going to get
2     prepared to try it.  We're also requesting a neurological exam
3     based on what Dr. Briones's report has indicated.
4                THE COURT:  He's certainly not (sic) competent as I
5     suspected from the very beginning.  He knows exactly what he's
6     doing.
7                Come on in, at what time, Ruben?
8                MS. KANOF:  11:30, Your Honor.
9                THE CLERK:  11:30, Judge.
10               THE COURT:  11:30.  And I guess we'll go into it
11    further.
12               You got my message to come in with an offer?
13               MS. KANOF:  I did, Your Honor, and we're prepared.
14               THE COURT:  Okay.  Okay.  No setting at this time.
15               MS. KANOF:  May Ms. Arreola and I be excused at this
16    time, Your Honor?
17               THE COURT:  You may be excused.
18               Now that takes care of both cases, Ruben.  Go on to
19    the next one.
20                              * * * * *

CERTIFICATION

   I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.  I further certify that the transcript fees and format comply with those prescribed by the Court and the Judicial Conference of the United States.

Date:   December 6, 2017

                              /s/ Maria del Socorro Briggs
                              Maria del Socorro Briggs