**TRANSCRIPT ORDER FORM (DKT-13)** - <u>READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING</u>

District Court <u>Western District of Texas, El Paso Division</u>   District Court Docket No. <u>3:13-CR-370</u>

Short Case Title <u>USA v. Marco Antonio Delgado</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>Kathleen Supnet</u>

Date Notice of Appeal Filed in the District Court <u>10/12/2017</u>   Court of Appeals No. <u>17-50919</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
A. Complete the Following:
☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
  **OR**
  **Check all of the following that apply, include date of the proceeding**.
  This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ■Voir Dire _____
■Opening Statement of Plaintiff _____ ■Opening Statement of Defendant _____
■Closing Argument of Plaintiff _____ ■Closing Argument of Defendant: _____
■Opinion of court _____ ■Jury Instructions _____ ■Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 9/29/17 | Sentencing | Guadderrama |
| 10/04/17 | Rule 35 Hearing | Guadderrama |
| 12/19/17 | Restitution Hearing | Guadderrama |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐Private Funds;   ■Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;   ☐Advance Payment Waived by Reporter;   ☐U.S. Government Funds
☐Other_____

Signature _[signature]_   Date Transcript Ordered <u>7/16/18</u>
Print Name <u>Tiffany Talamantez</u>   Phone <u>512-217-3956</u>
Counsel for <u>Marco Delgado</u>
Address <u>2311 Cedar Springs Road, Suite 250 Dallas, TX 75201</u>
Email of Attorney: <u>tiffany@sualaw.com</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason:   ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher
        ☐Other (Specify) _____

Date _____   Signature of Reporter _____   Tel._____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____   Signature of Reporter _____

**AO 435** (Rev. 03/08) (WDTX Mod. 6/5/08)
*Please Read Instructions:*

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**
**DUE DATE:**

| | |
|---|---|
| 1. NAME: Tiffany Talamantez | 2. PHONE NUMBER: (512) 217-3956 |
| 3. DATE: 7/16/2018 | |
| 4. MAILING ADDRESS: 2311 Cedar Springs Road Suite 250 | 5. CITY: Dallas |
| 6. STATE: TX | 7. ZIP CODE: 75201 |
| 8. CASE NUMBER: 3:13-CR-370 | 9. JUDGE: Guadderrama |
| DATES OF PROCEEDINGS | |
| 10. FROM: 9/29/2017 | 11. TO: 12/19/2017 |
| 12. CASE NAME: USA v. Marco Delgado | LOCATION OF PROCEEDINGS |
| 13. CITY: El Paso | 14. STATE: TX |

**15. ORDER FOR**
[X] APPEAL
[ ] NON-APPEAL
[ ] CRIMINAL
[ ] CIVIL
[ ] CRIMINAL JUSTICE ACT
[ ] IN FORMA PAUPERIS
[ ] BANKRUPTCY
[ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [X] SENTENCING | | Rule 35 Hearing 10/4/17 | |
| [ ] BAIL HEARING | | Restitution Hearing 12/19/17 | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: *[signature]*
19. DATE: 7/16/2018

PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:

COURT ADDRESS:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY