**TRANSCRIPT ORDER FORM (DKT-13)** - <u>READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING</u>

District Court <u>Western District of Texas, El Paso Division</u>    District Court Docket No. <u>3:13-CR-370</u>

Short Case Title <u>USA v. Marco Antonio Delgado</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>Kathleen Supnet</u>

Date Notice of Appeal Filed in the District Court <u>10/12/2017</u>    Court of Appeals No. <u>17-50919</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

A. Complete the Following:

☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

OR

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ■ Voir Dire _____
■ Opening Statement of Plaintiff _____ ■ Opening Statement of Defendant _____
■ Closing Argument of Plaintiff _____ ■ Closing Argument of Defendant: _____
■ Opinion of court _____ ■ Jury Instructions _____ ■ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 7/1/15 | Docket Call | Guadderrama |
| 2/11; 2/23; 5/17; 9/6 (2016) | Status Conferences | Guadderrama |
| 3/1/16; 9/12/16 | Motions Hearing | Guadderrama |
| 9/8/16 | Pretrial Conference | Guadderrama |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐ Private Funds;    ■ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
☐ Other _____

Signature _[signature]_    Date Transcript Ordered <u>7/16/18</u>
Print Name <u>Tiffany Talamantez</u>    Phone <u>512-217-3956</u>
Counsel for <u>Marco Delgado</u>
Address <u>2311 Cedar Springs Road, Suite 250 Dallas, TX 75201</u>
Email of Attorney: <u>tiffany@sualaw.com</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____    Signature of Reporter _____    Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____    Signature of Reporter _____

# TRANSCRIPT ORDER

AO 435 (Rev. 03/08) (WDTX Mod. 6/5/08)
Administrative Office of the United States Courts
*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| | |
|---|---|
| 1. NAME: Tiffany Talamantez | 2. PHONE NUMBER: (512) 217-3956 |
| 3. DATE: 7/16/2018 | |
| 4. MAILING ADDRESS: 2311 Cedar Springs Road Suite 250 | 5. CITY: Dallas |
| 6. STATE: TX | 7. ZIP CODE: 75201 |
| 8. CASE NUMBER: 3:13-CR-370 | 9. JUDGE: Guadderrama |
| 10. FROM: 7/1/2015 | 11. TO: 9/12/2016 |
| 12. CASE NAME: USA v. Marco Delgado | 13. CITY: El Paso |
| 14. STATE: TX | |

**15. ORDER FOR**
[X] APPEAL   [ ] CRIMINAL   [ ] CRIMINAL JUSTICE ACT   [ ] BANKRUPTCY
[ ] NON-APPEAL   [ ] CIVIL   [ ] IN FORMA PAUPERIS   [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | Status Conference 2/23/16 |
| [ ] OPENING STATEMENT (Plaintiff) | | | Status Conference 5/17/16 |
| [ ] OPENING STATEMENT (Defendant) | | | Status Conference 9/6/16 |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING (Spcy) | Motion Hearing 3/1/16 |
| [ ] CLOSING ARGUMENT (Defendant) | | Pretrial Conference 9/8/16 | Motion Hearing 9/12/16 |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Docket Call 07/01/2015 | |
| [ ] BAIL HEARING | | Status Conference 2/11/16 | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: *[signature]*
19. DATE: 7/16/2018

PROCESSED BY:
PHONE NUMBER:

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY