**TRANSCRIPT ORDER FORM (DKT-13)** - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: Western District of Texas, El Paso Division  District Court Docket No. 3:13-CR-370
Short Case Title: USA v. Marco Antonio Delgado

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Kathleen Supnet

Date Notice of Appeal Filed in the District Court: 10/12/2017  Court of Appeals No. 17-50919

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office
**OR**
Check all of the following that apply, include date of the proceeding.
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☒ Voir Dire _____
☒ Opening Statement of Plaintiff _____ ☒ Opening Statement of Defendant _____
☒ Closing Argument of Plaintiff _____ ☒ Closing Argument of Defendant: _____
☒ Opinion of court _____ ☒ Jury Instructions _____ ☒ Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 9/13/16 | Jury Selection | Guadderrama |
| 9/13/16 - 9/16/16 | Jury Trial | Guadderrama |
| 9/20/16 - 9/21/16 | Jury Trial | Guadderrama |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
☐ Private Funds;  ☒ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature: [signed]  Date Transcript Ordered: 7/16/18
Print Name: Tiffany Talamantez  Phone: 512-217-3956
Counsel for: Marco Delgado
Address: 2311 Cedar Springs Road, Suite 250 Dallas, TX 75201
Email of Attorney: tiffany@sualaw.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____

AO 435 (Rev. 03/08) (WDTX Mod. 6/5/08)
Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| | |
|---|---|
| 1. NAME: Tiffany Talamantez | 2. PHONE NUMBER: (512) 217-3956 |
| 4. MAILING ADDRESS: 2311 Cedar Springs Road Suite 250 | 3. DATE: 7/16/2018 |
| 5. CITY: Dallas | 6. STATE: TX |
| 7. ZIP CODE: 75201 | |
| 8. CASE NUMBER: 3:13-CR-370 | 9. JUDGE: Guadderrama |
| 12. CASE NAME: USA v. Marco Delgado | |
| 10. FROM: 7/31/2014 | 11. TO: 6/18/2014 |
| 13. CITY: El Paso | 14. STATE: TX |

**15. ORDER FOR**
[X] APPEAL   [ ] CRIMINAL   [ ] CRIMINAL JUSTICE ACT   [ ] BANKRUPTCY
[ ] NON-APPEAL   [ ] CIVIL   [ ] IN FORMA PAUPERIS   [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [X] VOIR DIRE | 09/13/2016 | [ ] TESTIMONY (Specify Witness) | |
| [X] OPENING STATEMENT (Plaintiff) | 9/14/2016 | | |
| [X] OPENING STATEMENT (Defendant) | 09/14/2016 | | |
| [X] CLOSING ARGUMENT (Plaintiff) | 9/20/2016 | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [X] CLOSING ARGUMENT (Defendant) | 09/20/2016 | | |
| [ ] OPINION OF COURT | | | |
| [X] JURY INSTRUCTIONS | 09/20/2016 | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: /s/ Tiffany Talamantez

19. DATE: 7/16/2018

PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:

COURT ADDRESS:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY