IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

VOLUME 19 OF 20

| UNITED STATES OF AMERICA | EP:13-CR-0370-DCG |
|---|---|
| v. | EL PASO, TEXAS |
| MARCO ANTONIO DELGADO | October 4, 2017 |

**RULE 35 HEARING**
THE HONORABLE DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:   Debra Kanof
                      Anna Arreola
                      Assistant United States Attorney
                      700 East San Antonio, Suite 200
                      El Paso, Texas 79901

For the Defendant:    Maureen Franco
                      Erik Hanshew
                      Assistant Federal Public Defender
                      700 E. San Antonio, Suite 410
                      El Paso, Texas  79901

Court Reporter:       Kathleen A. Supnet
                      El Paso, Texas
                      (915)834-0573
                      kathi.supnet5303@gmail.com

Proceedings reported by mechanical stenography, transcript produced by computer-aided software and computer.

```
                    CHRONOLOGICAL INDEX

                      VOLUME 19 OF 20
```

| OCTOBER 4, 2017 | PAGE | VOL. |
|---|---|---|
| Announcements. . . . . . . . . . . . . . . . . . . . . | 3 | 19 |
| Rule 35 Hearing. . . . . . . . . . . . . . . . . . . . | 3 | 19 |
| Court Reporter's Certification . . . . . . . . . . . | 7 | 19 |

1            (Open court.)

2            THE COURTROOM DEPUTY:  EP:13-CR-370, Marco Antonio

3    Delgado.

4            MS. ARREOLA:  Anna Arreola and Debra Kanof on behalf

5    of the United States, Your Honor.

6            THE COURT:  Good morning.

7            MR. HANSHEW:  Good morning, Your Honor.  Erik Hanshew

8    and Maureen Franco on behalf of Mr. Delgado.

9            THE COURT:  All right.  Good morning.

10           When we were sentencing Mr. Delgado, and I was going

11   through or articulating the scoring of the guidelines, I went

12   through them a couple of times and the math was not adding up

13   in my head.  I was announcing 31 and 2, which doesn't change,

14   but as I'm in the showers a few days later, it strikes me that

15   the reason it wasn't adding up is because I wasn't adding the

16   two levels for the 1956 conviction.

17           So the proper scoring, I think is base 7.  We add 20

18   for the amount of the loss, less than 25 million, but more than

19   9,500,000.  Then we add 2 under three different theories; the

20   sophisticated means of the scheme, the 2B1.1(6)(10)(C), or if

21   that would not be appropriate, we would add two for

22   substantial -- the substantial part of the fraudulent scheme

23   committed outside the United States; that's 2b1.1(b)(10)(B).

24           And then Ms. Kanof's suggestion, which we looked at

25   and also found appropriate would be 2S1.1(b)(3).  Under either

1    one of those, we would add two levels, but cannot add more than
2    two levels, but either one would be appropriate.
3            And then we would add two levels for the statute of
4    conviction 18 U.S.C. 1956 under 2S1.1(b)(2)(B).  If we add all
5    of those up, that is 31, Criminal History Category II, so
6    Counts 1 through 10 are 121 through 151 months; Counts 11
7    through 19 have a statutory maximum of 120 months, so that
8    becomes the guideline.
9            So that's it.  Does anybody want to add anything else?
10           MR. HANSHEW:  Judge, can I speak with the prosecution
11   briefly?
12           THE COURT:  Sure.
13           MS. KANOF:  Did your calculation that you just gave us
14   include the Criminal Category II.
15           THE COURT:  Yes, ma'am, 31 and 2.
16           MR. HANSHEW:  I guess the question I had, Judge, and I
17   was just conferring with the prosecution, was to make sure that
18   the provision related to the 1956 statute wasn't being added on
19   top of as well as sophisticated --
20           THE COURT:  Oh, no, no, no.  It's -- it's going to go
21   up on appeal, and then the Appellate Court might say, well, you
22   know, this isn't quite sophisticated means, and -- but say,
23   well, it could be substantial part of it happened outside the
24   United States, and they could say, yeah, okay, so it applies
25   for that or they could say that doesn't apply either, and then

```
 1   they go to the sophisticated money laundering scheme which --
 2           MR. HANSHEW:  Right.  It is being offered as an all
 3   alternative.
 4           THE COURT:  Right.  Or --
 5           MR. HANSHEW:  Okay.
 6           THE COURT:  -- but only two, and no more than two or
 7   not -- but it's under either of those three.
 8           MR. HANSHEW:  Okay.  I understand, Judge.
 9           THE COURT:  That's it.  And everything else remains
10   the same.
11           It's just that when I was articulating it, that the
12   numbers weren't adding up to 31, and I couldn't figure out why,
13   and it wasn't till later that it dawned on me it was the 1956.
14   Because I guess all of these are grouped and since they are
15   grouped, the we applied the highest to them all.
16           MR. HANSHEW:  Okay, Judge.  The only thing I would
17   add, and this is my paranoia of the Fifth Circuit, is that we
18   incorporate --
19           THE COURT:  Right.  And we -- right.
20           MR. HANSHEW:  -- all objections that we've made
21   previously.
22           THE COURT:  And when I looked at the record, you made
23   that clear at the end of the calculation, and so as far as I'm
24   concerned that would apply, and if you want to make them again,
25   I'm happy to have you do that.
```

1   MR. HANSHEW:  I would incorporate all of the
2   objections we made at the sentencing hearing this last Friday
3   all by reference here reiterate those again, Judge.
4   THE COURT:  Okay.  And so if you need a ruling on
5   those then whatever the ruling was then is the ruling.
6   MR. HANSHEW:  Okay.  Thank you, Judge.
7   THE COURT:  All right.  Ms. Kanof or Ms. Arreola,
8   anything else that we need to do?
9   MS. ARREOLA:  Nothing further on behalf of the United
10  States.  Thank you, Judge.
11  THE COURT:  All right.  Thank you.  Then we are
12  adjourned.
13  (Proceedings conclude.)
14  * * *

```
1                        * * * * *
2           I certify that the foregoing is a correct transcript
3    from the record of proceedings in the above-entitled matter.  I
4    further certify that the transcript fees and format comply with
5    those prescribed by the Court and the Judicial Conference of
6    the United States.
7    Signature:/S/KATHLEEN A. SUPNET          September 7, 2018
              Kathleen A. Supnet, CSR         Date
```