IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

VOLUME 17 OF 20

| | |
|---|---|
| UNITED STATES OF AMERICA | EP:13-CR-0370-DCG |
| v. | EL PASO, TEXAS |
| MARCO ANTONIO DELGADO | September 21, 2016 |

**JURY NOTE/VERDICT/JURY POLLED**
THE HONORABLE DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:   Debra Kanof
                      Anna Arreola
                      Jose Luis Gonzales
                      Assistant United States Attorney
                      700 East San Antonio, Suite 200
                      El Paso, Texas 79901

For the Defendant:    Maureen Franco
                      Erik Hanshew
                      Assistant Federal Public Defender
                      700 E. San Antonio, Suite 410
                      El Paso, Texas  79901

Court Reporter:       Kathleen A. Supnet
                      El Paso, Texas
                      (915)834-0573
                      kathi.supnet5303@gmail.com

Proceedings reported by mechanical stenography, transcript produced by computer-aided software and computer.

CHRONOLOGICAL INDEX

VOLUME 17 OF 20

| September 21, 2016 | PAGE | VOL. |
|---|---|---|
| Jury Deliberations . . . . . . . . . . . . . . . . . . | 3 | 17 |
| Jury Note. . . . . . . . . . . . . . . . . . . . . . | 3 | 17 |
| Verdict. . . . . . . . . . . . . . . . . . . . . . . | 5 | 17 |
| Jury Polled. . . . . . . . . . . . . . . . . . . . . | 11 | 17 |
| Court Reporter's Certification . . . . . . . . . . | 15 | 17 |

(Proceedings begin at 2:21 p.m.)

(Jury in deliberations.)

(Defendant and counsel present.)

JURY NOTE

THE COURT: I received the following note from the jury.

"What is an IOLTA Trust? In parenthesis, (FGG Enterprises LLC tax corrections), what exhibit number is it"?

Do you-all want to take a look at it and see what we ought to answer?

MR. HANSHEW: My only suggestion would be refer them to the evidence.

THE COURT: Well, I thought I'd answer it, the law prohibits me from providing an answer to either of the questions that you asked.

MS. KANOF: I couldn't hear.

THE COURT: These kingdoms that they build in federal court sometimes are obstructive.

MS. KANOF: I still can't hear you. I know I'm having an issue.

Yeah, I think that's an appropriate response.

MR. HANSHEW: No, objection.

MS. KANOF: Yeah, no objection to the response, Your Honor.

THE COURT: The Court proposes to answer: "The law

1   prohibits me from providing an answer to either of the questions
2   that you ask."
3          And if you are in agreement, if you would just sign in
4   the space provided for you.
5          Mr. Hanshew, would you waive any right that there
6   might be to have the jury brought back in to open court and read
7   the answer back in court and just to have me simply send back
8   the answer?
9          MR. HANSHEW:  Yes, Your Honor.
10         MS. KANOF:  We, as well, Your Honor.
11         MR. HANSHEW:  No objection.  We waive.
12         THE COURT:  All right.
13         Mr. Heidman, if you'd take that back?
14         (Jury Note sent back to the jury at 2:24 p.m.)
15         (Jury deliberations continue.)
16         (Proceedings begin at 2:57 p.m.)
17         (Jury not present.)
18         THE COURT:  All right.  Ms. Arreola, did you say you
19  wanted to put something on the record?
20         MS. ARREOLA:  Yes, Your Honor.
21         Regarding the forfeiture, I spoke with Mr. Hanshew a
22  few days ago and he represented that his client would not be
23  seeking a jury trial on the forfeiture in the event of a
24  conviction, and I wanted to make sure the record reflected that.
25         MR. HANSHEW:  That's correct, Judge.

| | |
|---|---|
| 1 | THE COURT: All right. |
| 2 | I think the jury's indicated they have a verdict. |
| 3 | COURT SECURITY OFFICER HEIDMAN: Yes, sir. |
| 4 | THE COURT: So I think we're all here. Probation's |
| 5 | here. So let's go. |
| 6 | COURT SECURITY OFFICER HEIDMANN: Yes, sir. |
| 7 | (Jury present.) |
| 8 | THE COURT: Let the record reflect that all members of |
| 9 | the jury are present, the United State's assistant attorneys are |
| 10 | present, the defendant and his counsel is present. |
| 11 | Mr. Arrieta, I received a note indicating the jury has |
| 12 | reached a verdict; is that correct? |
| 13 | JUROR ARRIETA: Yes, Your Honor. |
| 14 | THE COURT: And is this the unanimous verdict of the |
| 15 | jury? |
| 16 | JUROR ARRIETA: Yes, Your Honor. |
| 17 | THE COURT: Would you hand the charge and verdict |
| 18 | forms to my bailiff? |
| 19 | COURTROOM SECURITY OFFICER HEIDTMAN: Thank you. |
| 20 | THE COURT: All right. |
| 21 | If the defendant would rise, please? |
| 22 | VERDICT |
| 23 | THE COURT: Count One: As to the charge of wire fraud |
| 24 | involving wire transfer on March 8th, 2010, of funds in the |
| 25 | amount of approximately $20-million from a bank account in the |

1  Republic of Mexico to bank in the Turks and Caicos Islands, we
2  the jury unanimously find Marco Antonio Delgado guilty.
3              Count Two:  As to the charge of wire fraud involving
4  wire transfer on July 6th, 2010, of funds in the amount of
5  approximately $12-million from a bank account in the Republic of
6  Mexico to a bank in the Turks and Caicos Islands, we the jury
7  unanimously find Marco Antonio Delgado guilty.
8              Count Three:  As to the charge of wire fraud involving
9  e-mail on February 11, 2010, containing a letter from F.G.G., as
10 president of FGG, to M.P.S.A. Vice President of New Projects,
11 stating that M.P.S.A. will not be responsible for any letter of
12 credit, we the jury unanimously find Marco Antonio Delgado
13 guilty.
14             Count Four:  As to the charge of money laundering
15 involving transmission or transfer, on or about October 26,
16 2010, of funds in the amount of approximately $150,000.00 from
17 an account in the Turks and Caicos Islands to an account in
18 El Paso, Texas, we the jury unanimously find Marco Antonio
19 Delgado guilty.
20             As to the charge of money laundering involving
21 transmission or transfer, on or about December 15th, 2010, of
22 funds in the amount of approximately $100,000.00 from an account
23 in the Turks and Caicos Islands to an account to El Paso, Texas,
24 we the jury unanimously find Marco Antonio Delgado guilty.
25             As to the charge of money laundered involving

1   transmission -- this is Count Six -- as to the charge of money
2   laundering involving transmission or transfer, on or about
3   February 1st, 2011, of funds in the amount of approximately
4   $70,000.00 from an account in the Turks and Caicos Islands to an
5   account in El Paso, Texas, we the jury unanimously find Marco
6   Antonio Delgado guilty.
7           Count Seven:  As to the charge of money laundering
8   involving transmission or transfer, on or about February 23rd,
9   2011, of funds in the amount of approximately $150,000.00 from
10  an account in the Turks and Caicos Islands to an account in
11  El Paso, Texas, we the jury unanimously find Marco Antonio
12  Delgado guilty.
13          Count Eight:  As to the charge of money laundering
14  involving transmission or transfer, on or about April 7th, 2011,
15  of funds in the amount of approximately $75,000.00 from an
16  account in the Turks and Caicos Islands to an account in
17  El Paso, Texas, we the jury unanimously find Marco Antonio
18  Delgado guilty.
19          Count Nine:  As to the charge of money laundering
20  involving transmission or transfer, on or about May 25th, 2011,
21  of funds in the amount of approximately $50,000.00 from an
22  account in the Turks and Caicos Islands to an account in
23  El Paso, Texas, we the jury unanimously find Marco Antonio
24  Delgado guilty.
25          Count Ten:  As to the charge of money laundering

involving transmission or transfer, on or about June 27th, 2011, of funds in the amount of approximately $50,000.00 from an account in the Turks and Caicos Islands to an account in El Paso, Texas, we the jury unanimously find Marco Antonio Delgado guilty.

Count Eleven: As to the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity involving transfer, on or about May 19th, 2010, of approximately $375,000.00 from an account in the Turks and Caicos Islands to a Wells Fargo account in the United States, we the jury unanimously find Marco Antonio Delgado guilty.

Count Twelve: As to the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity involving transfer, on or about July 14th, 2010, of approximately $200,000.00 from an account in the Turks and Caicos Islands to a Mellon Bank account in the United States, we the jury unanimously find Marco Antonio Delgado guilty.

Count Thirteen: As to the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity involving transfer, on or about August 6, 2010, of approximately $70,000.00 from an account in the Turks and Caicos Islands to a Bank of the West account in the United States, we the jury unanimously find Marco Antonio Delgado

1    guilty.
2              Count Fourteen:  As to the charge of Engaging in
3    Monetary Transactions in Property Derived from Specified
4    Unlawful Activity involving transfer, on or about December 10th
5    of 2010, of approximately $200,000.00 from an account in the
6    Turks and Caicos Islands to a Bank of the West account in the
7    United States, we the jury unanimously find Marco Antonio
8    Delgado guilty.
9              Count Fifteen:  As to the charge of Engaging in
10   Monetary Transactions in Property Derived from Specified
11   Unlawful Activity involving transfer, on or about March 17th,
12   2011, of approximately $152,000.00 from an account in the Turks
13   and Caicos Islands to a Centinel Bank of Taos account in the
14   United States, we the jury unanimously find Marco Antonio
15   Delgado guilty.
16             Count Sixteen:  As to the charge of Engaging in
17   Monetary Transactions in Property Derived from Specified
18   Unlawful Activity involving transfer, on or about June 2nd,
19   2011, of approximately $40,000.00 from an account in the Turks
20   and Caicos Islands to a Bank of the West account in the United
21   States, we the jury unanimously find Marco Antonio Delgado
22   guilty.
23             Count Seventeen:  As to the charge of Engaging in
24   Monetary Transactions in Property Derived from a Specified
25   Unlawful Activity involving transfer, on or about January 5th of

1    2012, of approximately $59,151.27 from an account in the Turks

2    and Caicos Islands to a Compass Bank account in the United

3    States, we the jury unanimously find Marco Antonio Delgado

4    guilty.

5             As to the charge of Engaging in Monetary Transactions

6    in Property Derived from a Specified Unlawful Activity involving

7    transfer, on or about March 30th, 2012, of approximately

8    $46,655.00 from an account in the Turks and Caicos Islands to a

9    WestStar Bank account in the United States, we the jury

10   unanimously find Marco Antonio Delgado guilty.

11            As to the charge of Engaging in Monetary Transactions

12   in Property Derived from Specified Unlawful Activity involving

13   transfer on or about September 27th, 2012, of approximately

14   $150,000.00 from an account in the Turks and Caicos Islands to a

15   Wells Fargo account in El Paso, Texas, we the jury unanimously

16   find Marco Antonio Delgado guilty.

17            Dated the 21st day of September, 2016, at El Paso,

18   Texas; signed by the jury foreperson.

19            Does either side wish to have the jury polled?

20            MS. FRANCO:  Yes, Your Honor.

21            MR. HANSHEW:  Yes, Your Honor.

22            THE COURT:  All right.  You may be seated.  Thank you.

23            Ladies and gentlemen of the jury, you heard the

24   verdict as read by the Court, guilty on all counts, 19 counts,

25   and I would ask each one of you is this your verdict.

```
1                         JURY POLLED
2          THE COURT:  Juror Number 1, is this your verdict?
3          JUROR NO. 1:  Yes, Your Honor.
4          THE COURT:  Juror Number 2, is this your verdict?
5          JUROR NO. 2:  Yes, Your Honor.
6          THE COURT:  Juror Number 3, is this your verdict?
7          JUROR NO. 3:  Yes, sir, Your Honor.
8          THE COURT:  Juror Number 4, is this your verdict?
9          JUROR NO. 4:  Yes, Your Honor.
10         THE COURT:  Juror Number 5, is this your verdict?
11         JUROR NO. 5:  Yes, Your Honor.
12         THE COURT:  Juror Number 6, is this your verdict?
13         JUROR NO. 6:  Yes, Your Honor.
14         THE COURT:  Juror Number 7, is this your verdict?
15         JUROR NO. 7:  Yes, Your Honor.
16         THE COURT:  Juror Number 8, is this your verdict?
17         JUROR NO. 8:  Yes, Your Honor.
18         THE COURT:  Juror Number 9, is this your verdict?
19         JUROR NO. 9:  Yes, Your Honor.
20         THE COURT:  Juror Number 10, is this your verdict?
21         JUROR NO. 10:  Yes, Your Honor.
22         THE COURT:  Juror Number 11, is this your verdict?
23         JUROR NO. 11:  Yes, sir.
24         THE COURT:  Juror Number 12, is this your verdict?
25         JUROR NO. 12:  Yes, Your Honor.
```

1           THE COURT:  Very well.

2           At this time, the Court receives and accepts the
3  jury's verdict in this case.

4           With that, this discharges your service as jurors.  I
5  am relieving you of the obligations I placed on you earlier
6  about not discussing the case with anyone.  You're free to
7  discuss the case with whomever you want.  You're also free to
8  refuse to discuss the case if that's what you wish to do.

9           On behalf of all of us involved in this trial, I thank
10 you for your service, and on behalf of the citizens of our
11 community, I thank you for your service.

12          I'll be back in a few moments to thank you personally.
13 I would ask you just to wait in the jury room for just a few
14 moments while we conclude our business in the courtroom.

15          COURT SECURITY OFFICER HEIDTMAN:  All rise.

16          (Jury excused at 3:11 p.m.)

17          THE COURT:  All right.

18          Mr. Delgado, a jury of your peers having found you
19 guilty on all 19 counts, it is the judgment then that you are
20 guilty of the charges that were made against you in the
21 superseding indictment in those 19 counts.

22          The next proceeding will be a sentencing hearing.  And
23 probation is here to tell us who will be in charge of preparing
24 that report.

25          PROBATION OFFICER TORRES:  Good afternoon, Your Honor.

1  Sandra Torres, U.S. Probation.  I will be preparing the
2  presentence report in this case.
3              THE COURT:  All right.  Thank you, Ms. Torres.
4              And so Mr. Delgado, your next hearing I'm guessing
5  will be somewhere around 60 days from now; maybe, a little
6  sooner, maybe, a little bit later.  You'll be notified of that
7  date either through your attorneys or through someone in your
8  attorneys' office.
9              Anything further from the defense?
10             MR. HANSHEW:  No, Your Honor.
11             THE COURT:  From the government?
12             MS. KANOF:  Nothing further, Your Honor.
13             THE COURT:  All right.
14             Did either of you wish to go back and speak with the
15 jury?
16             MS. KANOF:  I do not, Your Honor.
17             THE COURT:  You do not?
18             Ms. Arreola?
19             MR. ARREOLA:  No, Your Honor.  Thank you.
20             THE COURT:  Mr. Hanshew?
21             MR. HANSHEW:  We wouldn't mind, Judge.
22             THE COURT:  You would?  Okay.  All right.
23             If you'd just give me a minute, I'll go back and thank
24 them.  I'll ask them, those that want to stay and talk, to stay;
25 those that don't, can leave.

1       MR. HANSHEW:  All right.  Thank you, Judge.

2       THE COURT:  All right.  Thank you.

3 We are adjourned.

4 COURT SECURITY OFFICER HEIDTMAN:  All rise.

5 (Proceedings conclude at 3:13 p.m.)

6                            * * *

```
1                          * * * * *
2            I certify that the foregoing is a correct transcript
3    from the record of proceedings in the above-entitled matter.  I
4    further certify that the transcript fees and format comply with
5    those prescribed by the Court and the Judicial Conference of the
6    United States.
7    Signature:/S/KATHLEEN A. SUPNET          December 31, 2018
               Kathleen A. Supnet, CSR        Date
8
```