```
               IN THE UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TEXAS
                        EL PASO DIVISION
                       VOLUME 1 OF 20


UNITED STATES OF AMERICA          EP:13-CR-0370-DCG

v.                                EL PASO, TEXAS

MARCO ANTONIO DELGADO             July 1, 2015
                                  February 11, 2016
                                  February 23, 2016
                                  March 1, 2016
                                  May 17, 2016
                                  September 6,8,12,13,14,15,
                                     16,19,20,21, 2016
                                  September 29, 2017
                                  October 4, 2017
                                  December 19, 2017
```

**MASTER INDEX**

THE HONORABLE DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

```
For the Government:   Anna Arreola
                      Assistant United States Attorney
                      700 East San Antonio, Suite 200
                      El Paso, Texas 79901

For the Defendant:    Maureen Franco
                      Erik Hanshew
                      Assistant Federal Public Defender
                      700 E. San Antonio, Suite 410
                      El Paso, Texas  79901


Court Reporter:       Kathleen A. Supnet
                      El Paso, Texas
                      (915)834-0573
                      kathi.supnet5303@gmail.com
```

         Proceedings reported by mechanical stenography,
transcript produced by computer-aided software and computer.

```
 1                       CHRONOLOGICAL INDEX
 2                         Volume 2 of 20
 3     JULY 1, 2015                                    Page    Vol.
 4     Announcements. . . . . . . . . . . . . . . . . . . 3     2
 5     Docket Hearing . . . . . . . . . . . . . . . . . . 3     2
 6     Certification Page . . . . . . . . . . . . . . . . 9     2
 7                         Volume 3 of 20
 8     FEBRUARY 11, 2016                                Page   Vol.
 9     Announcements. . . . . . . . . . . . . . . . . . . 3     3
10     Status Conference. . . . . . . . . . . . . . . . . 3     3
11     Certification Page . . . . . . . . . . . . . . . .16     3
12                         Volume 4 of 20
13     FEBRUARY 23, 2016                                Page   Vol.
14     Announcements. . . . . . . . . . . . . . . . . . . 3     4
15     Status Conference. . . . . . . . . . . . . . . . . 3     4
16     Rejection to Plea Offer. . . . . . . . . . . . . .10     4
17     Certification Page . . . . . . . . . . . . . . . .15     4
18                         VOLUME 5 OF 20
19     MARCH 1, 2016                                    PAGE   VOL.
20     Announcements. . . . . . . . . . . . . . . . . . . 3     5
21     Court's Rulings. . . . . . . . . . . . . . . . 20,21    5
22     Court Reporter's Certification . . . . . . . . . .29     5
23                         VOLUME 6 OF 20
24     May 17, 2016                                     PAGE   VOL.
25     Announcements. . . . . . . . . . . . . . . . . . . 3     6
```

KATHLEEN A. SUPNET, CSR

| # | | PAGE | VOL. |
|---|---|---|---|
| 1 | Court's Ruling . . . . . . . . . . . . . . . . . . . . | 50 | 6 |
| 2 | Court Reporter's Certification . . . . . . . . . . | 53 | 6 |
| 3 | VOLUME 7 OF 20 | | |
| 4 | SEPTEMBER 6, 2016 | PAGE | VOL. |
| 5 | Announcements. . . . . . . . . . . . . . . . . . . . | 3 | 7 |
| 6 | Status Hearing . . . . . . . . . . . . . . . . . . . | 3 | 7 |
| 7 | Court Reporter's Certification . . . . . . . . . . | 37 | 7 |
| 8 | VOLUME 8 OF 20 | | |
| 9 | SEPTEMBER 8, 2016 | PAGE | VOL. |
| 10 | Announcements. . . . . . . . . . . . . . . . . . . . | 3 | 8 |
| 11 | Pretrial Hearing . . . . . . . . . . . . . . . . . . | 3 | 8 |
| 12 | Court Reporter's Certification . . . . . . . . . . | 79 | 8 |
| 13 | VOLUME 9(A) of 9(C) OF 20 | | |
| 14 | SEPTEMBER 12, 2016 | PAGE | VOL. |
| 15 | Announcements. . . . . . . . . . . . . . . . . . . . | 3 | 9A |

| # | WITNESS TESTIMONY | DIRECT | CROSS | VOIR DIRE | PAGE | VOL. |
|---|---|---|---|---|---|---|
| 16 | | | | | | |
| 17 | GIREUD, FERNANDO | 4 | 38 | -- | | 9A |

| # | | PAGE | VOL. |
|---|---|---|---|
| 18 | Argument by Mr. Hanshew. . . . . . . . . . . . . . . | 48 | 9A |
| 19 | Argument by Mr. Gonzalez . . . . . . . . . . . . . . | 53 | 9A |
| 20 | Argument by Mr. Hanshew. . . . . . . . . . . . . . . | 55 | 9A |
| 21 | Court's Ruling . . . . . . . . . . . . . . . . . . . | 56 | 9A |
| 22 | Court Reporter's Certification . . . . . . . . . . | 63 | 9A |
| 23 | VOLUME 9(B) of 9(A)(B)(C) OF 20 | | |
| 24 | SEPTEMBER 12, 2016 | PAGE | VOL. |
| 25 | Announcements. . . . . . . . . . . . . . . . . . . . | 3 | 9B |

| # | | Page | Vol. |
|---|---|---|---|
| 1 | Voir Dire by the Court | 3 | 9B |
| 2 | Motion by the Defense | 70 | 9B |
| 3 | Court's Ruling | 71 | 9B |
| 4 | Voir Dire by the Government | 71 | 9B |
| 5 | Voir Dire by the Defense | 72 | 9B |
| 6 | Individual Voir Dire | 85 | 9B |
| 7 | Panel Selected and Seated | 123 | 9B |
| 8 | Court Reporter's Certification | 129 | 9B |

9               VOLUME 9(C) OF 20

10  SEPTEMBER 12, 2016                                    PAGE    VOL.

| 11 | Announcements | 3 | 9C |
| 12 | Court's Instructions to the Jury | 3 | 9C |
| 13 | Opening Statement by Ms. Arreola | 8 | 9C |
| 14 | Opening Statement by Ms. Franco | 18 | 9C |
| 15 | Rule Invoked | 21 | 9C |

16  GOVERNMENT'S
    WITNESS TESTIMONY        DIRECT      CROSS       VOIR DIRE   PAGE   VOL.
17
    BRIAN CUNNINGHAM         24,39       35          --          --     9C
18
    JOSEPH KEVIN BEDDARD     42                                         9C
19
20  Court Reporter's Certification . . . . . . . . . . 92              9C

21              VOLUME 10 OF 20

22  SEPTEMBER 13, 2016                                    PAGE    VOL.

23  JUROR NUMBER 2 . . . . . . . . . . . . . . . . . . 8              10

24  GOVERNMENT'S
    WITNESS TESTIMONY        DIRECT      CROSS       VOIR DIRE          VOL.
25
    BEDDARD, KEVIN           13,208      173,217     --                 10

| | | | | |
|---|---|---|---|---|
| ADAMS, JOHN MICHAEL | 220 | -- | -- | 10 |

Court Reporter's Certification . . . . . . . . . . 293   10

### VOLUME 11 OF 20

SEPTEMBER 14, 2016                                                  PAGE    VOL.

GOVERNMENT'S

| WITNESS TESTIMONY | DIRECT | CROSS | VOIR DIRE | VOL. |
|---|---|---|---|---|
| ADAMS, JOHN MICHAEL | 3,136 | 105,144 | -- | 11 |
| DAVILA, IRAIS | 149 | -- | -- | 11 |
| GIREUD, FERNANDO | 160 | -- | -- | 11 |

Court Reporter's Certification . . . . . . . . . . 298   11

### VOLUME 12 OF 20

SEPTEMBER 15, 2016 a.m.                                             PAGE    VOL.

GOVERNMENT'S

| WITNESS TESTIMONY | DIRECT | CROSS | VOIR DIRE | VOL. |
|---|---|---|---|---|
| GIREUD, FERNANDO | 3,14 | 114 | 8 | 12 |

Court Reporter's Certification . . . . . . . . . . 150   12

### VOLUME 13 OF 20

SEPTEMBER 15, 2016 p.m.                                             PAGE    VOL.

GOVERNMENT'S

| WITNESS TESTIMONY | DIRECT | CROSS | VOIR DIRE | VOL. |
|---|---|---|---|---|
| GIREUD, FERNANDO | 35 | 4,69 | -- | 13 |
| PONCE, HECTOR | 75 | -- | -- | 13 |

Court Reporter's Certification . . . . . . . . . . 4   13

*Attached transcript

### VOLUME 14 OF 20

SEPTEMBER 16, 2016                                                  PAGE    VOL.

| GOVERNMENT'S WITNESS TESTIMONY | DIRECT | CROSS | VOIR DIRE | VOL. |
|---|---|---|---|---|
| PONCE, HECTOR | 3,70 | 23,79 | -- | 14 |
| BROWN, JENNIFER | 80 | -- | -- | 14 |
| LECENSE, KENNETH | 87 | -- | -- | 14 |
| GLIVA, JOSEPH | 94 | -- | -- | 14 |
| MEDLOCK, LINDA | 103 | 160 | -- | 14 |
| NARVAEZ, LILIANA | 167 | 209 | -- | 14 |
| MILLER, MACE | 212 | -- | -- | 14 |

Court Reporter's Certification . . . . . . . . . . . 277   14

                    VOLUME 15 OF 20

SEPTEMBER 19, 2016                                   PAGE    VOL.

MARSHAL SALVADOR MARTINEZ
  Examination by the Court . . . . . . . . . . . . .  3      15

PARAMEDIC RAY MUÑOZ
  Examination by the Court . . . . . . . . . . . . .  8      15

Court's Ruling . . . . . . . . . . . . . . . . . . . 12      15

Court Reporter's Certification . . . . . . . . . . . 13      15


                 VOLUME 16A of 16B OF 20

SEPTEMBER 20, 2016                                   PAGE    VOL.

| GOVERNMENT'S WITNESS TESTIMONY | DIRECT | CROSS | VOIR DIRE | VOL. |
|---|---|---|---|---|
| MILLER, MACE | 7,36 | 19,43 | -- | 16A |
| CORTES, JUAN PABLO MATAMALA | 44,117 | 109 | -- | 16A |

Government Rests. . . . . . . . . . . . . . . . . . . 126    16A

Motion for Acquittal. . . . . . . . . . . . . . . . . 126    16A

Court's Rulings . . . . . . . . . . . . . . . . . . . 127,   16A
                                                      131

Government and Defense Close. . . . . . . . . . . . . 134    16A

Objections to Charge. . . . . . . . . . . . . . . . . 135    16A

| | | | |
|---|---|---|---|
| Charge of the Court | . . . . . . . . . . . . . . . . . . | 136 | 16A |
| Court Reporter's Certification | . . . . . . . . . . . | 170 | 16A |

VOLUME 16B of 16A-B OF 20

| SEPTEMBER 20, 2016 | | PAGE | VOL. |
|---|---|---|---|
| Closing Argument by Ms. Arreola. | . . . . . . . . . . | 3 | 16B |
| Closing Argument by Ms. Hanshew. | . . . . . . . . . | 17 | 16B |
| Final Closing Argument by Ms. Kanof. | . . . . . . . | 30 | 16B |
| Jury Deliberations | . . . . . . . . . . . . . . . . | 36 | 16B |
| Court Reporter's Certification | . . . . . . . . . . . | 39 | 16B |

VOLUME 17 OF 20

| SEPTEMBER 21, 2016 | | PAGE | VOL. |
|---|---|---|---|
| Jury Deliberations | . . . . . . . . . . . . . . . . | 3 | 17 |
| Jury Note. | . . . . . . . . . . . . . . . . . . . . | 3 | 17 |
| Verdict. | . . . . . . . . . . . . . . . . . . . . . | 5 | 17 |
| Jury Polled. | . . . . . . . . . . . . . . . . . . . | 11 | 17 |
| Court Reporter's Certification | . . . . . . . . . . . | 15 | 17 |

VOLUME 18 OF 20

| SEPTEMBER 29, 2017 | | PAGE | VOL. |
|---|---|---|---|
| Announcements. | . . . . . . . . . . . . . . . . . . | 3 | 18 |
| Hearing. | . . . . . . . . . . . . . . . . . . . . . | 3 | 18 |
| Court Reporter's Certification | . . . . . . . . . . . | 124 | 18 |

VOLUME 19 OF 20

| OCTOBER 4, 2017 | | PAGE | VOL. |
|---|---|---|---|
| Announcements. | . . . . . . . . . . . . . . . . . . | 3 | 19 |

1  Rule 35 Hearing. . . . . . . . . . . . . . . . . . . . 3     19
2  Court Reporter's Certification . . . . . . . . . . 7     19
3                    VOLUME 20 OF 20
4  DECEMBER 19, 2017                                    PAGE   VOL.
5  Announcements. . . . . . . . . . . . . . . . . . . . 4     20
6  Restitution Hearing. . . . . . . . . . . . . . . . 4     20
7  Findings of Facts. . . . . . . . . . . . . . . . . 52    20
8  Court Reporter's Certification . . . . . . . . . . 57    20
9                         * * *

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                          * * * * *
 2          I certify that the foregoing is a correct transcript
 3   from the record of proceedings in the above-entitled matter.  I
 4   further certify that the transcript fees and format comply with
 5   those prescribed by the Court and the Judicial Conference of the
 6   United States.
 7   Signature:/S/KATHLEEN A. SUPNET          December 31, 2018
              Kathleen A. Supnet, CSR         Date
```