UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff*, | § | |
| v. | § | EP-13-CR-00370-DCG-1 |
| | § | |
| MARCO ANTONIO DELGADO, | § § | |
| *Defendant*. | § | |

### ORDER REGARDING THE RECEIVER FOR SALE OF PROPERTY IN EL PASO COUNTY, TEXAS

On this day, the Court *sua sponte*, considered this case. On August 16, 2019, the Court granted in part the United States of America's "Motion to Appoint Receiver for Sale of Property" (ECF No. 370), *see* Order, ECF No. 376, and appointed Dan Olivas of Dan Olivas and Associates, 240 Thunderbird Dr., Suite D, El Paso, TX 79912, as the Receiver, *see* Order Appointing Receiver for Sale of Prop. in El Paso Cty, Tex., ECF No. 377. Threafter, Mr. Olivas filed a motion (ECF No. 378), wherein he "recommends proceeding with standard eviction proceedings via JP [Justice of the Peace] court against any occupant(s)" and therefore, moves the Court to enlarge the time for him to take possession of the Property. Receiver's Motion, ECF No. 378.

**IT IS ORDERED** that, unless the Court orders otherwise and for purposes of any future filings that require the Court to act, Mr. Olivas **SHALL COORDINATE** with the Government's attorney—Steven E. Seward, the Assistant United States Attorney, who filed the "Motion to Appoint Receiver for Sale of Property" (ECF No. 370) in the first instance—and in turn, such attorney **SHALL FILE,** on behalf of Mr. Olivas, any necessary papers or motions in

connection with the Court's "Order Appointing Receiver for Sale of Prop. in El Paso County, Texas" (ECF No. 377).

**IT IS FURTHER ORDERED** that the Government **SHALL FILE** by **August 30, 2019**, a brief addressing whether a Justice of the Peace court order, as recommended by Mr. Olivas, is necessary and if so, by how long the Court should extend the deadline for the Receiver to take possession of the Property. **The brief must be supported by relevant authorities, including any case law.**

So ORDERED and SIGNED this 26th day of August 2019.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE