United States District Court
Western District of Texas
El Paso Division

United States of America,
    Plaintiff,

v.

Marco Antonio Delgado,
    Defendant.

No. EP-13-CR-370(1)-DCG

## Order

Came on for consideration the Motion to Confirm Sale of Personal Property and Motion to Distribute Proceeds (Doc. No. 427) (the "Motion") wherein the United States of America has requested an order confirming the sale of a Kawai Baby Grand Piano to Buyer T.L. for the sum total of $3,900.00, and to distribute the proceeds of said sale, and good cause having been found;

**IT IS THEREFORE ORDERED THAT** the United States' Motion is, in all things, granted;

**IT IS FURTHER ORDERED THAT** the proceeds of the sale of the personal property shall be distributed to the Receiver to defray the costs in maintaining 1109 Cerrito Feliz in El Paso, Texas.

**IT IS SO ORDERED.**

Dated:   March 15, 2021

_____
**DAVID C. GUADERRAMA**
UNITED STATES DISTRICT JUDGE